UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
   -v- : 23-CR-622 (JMF)
:
MICHAEL CASTILLERO, a/k/a "Michael Alejandro," : SCHEDULING ORDER
FRANCINE LANAIA, and BRIAN MARTINSEN, :
:
                                Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court will hold an arraignment and pretrial conference as to Defendants Francine Lanaia and Brian Martinsen on **November 29, 2023**, at **4:30 p.m.** and an arraignment and pretrial conference as to Defendant Michael Castillero on **December 1, 2023**, at **2:15 p.m**.  Both proceedings will be in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

      SO ORDERED.

Dated: November 29, 2023
       New York, New York
                                             JESSE M. FURMAN
                                             United States District Judge