**O'NEILL / HASSEN**                                                                              Attorneys at Law

March 7, 2024

VIA ECF and Email
Honorable Jesse Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #28. SO ORDERED.

*[signature]*
March 7, 2024

RE: *United States v. Michael Castillero,* 23 cr 622 (JMF)

Dear Judge Furman:

    I write with no objection from the government or pretrial to ask for a modification of Mr. Castillero's conditions of release. Mr. Castillero has been fully compliant with all current bail conditions and is gainfully employed. I ask that he be permitted to travel within the state of Florida with prior approval of pretrial, rather than requiring court permission.

    Mr. Castillero's work requires him to travel to various locations within Florida, and he is hopeful that will include locations outside the Southern District of Florida. Additionally, he would like to go on two family trips: to Disney World with his children to support his niece in a sports competition in April, and to a family vacation with extended family to Marco Island from March 12 to March 17.

    I ask that the Court approve his travel for these trips and that the Court grant permission for him to travel within the state of Florida with advance permission of pretrial. The government defers to pretrial, and pretrial consents to these modifications.

    I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill

1 / P (646) 808-0997        4 / www.oandh.net
2 / F (212) 203-1858        5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net       6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA