# O'NEILL / HASSEN

Attorneys at Law

April 8, 2024

VIA ECF and Email
Honorable Jesse Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *United States v. Michael Castillero,* 23 Cr. 622 (JMF)

*Mr. Castillero's physical presence at the conference is hereby waived, but he shall participate by telephone. Counsel shall contact Ms. Smallman, the Court's Courtroom Deputy, to make the necessary arrangements. The Clerk of Court is directed to terminate Docket No. 34. SO ORDERED.*

*April 8, 2024.*

Dear Judge Furman:

We write to request that the Court waive Mr. Castillero's appearance at the April 11, 2024 status conference. In the alternative, we ask that the Court so-order the attached proposed order directing the US Marshals to arrange Mr. Castillero's transport to the hearing.

Mr. Castillero is gainfully employed in the landscaping and construction industry in Florida, and it would be a hardship for him to attend the conference. He and his wife also have two small children who he is actively parenting, and it would be an additional hardship to be apart from them. We have discussed this matter with Mr. Castillero and he requests that his appearance be waived.

Mr. Castillero has been declared indigent by the magistrate. If the Court requires Mr. Castillero's presence at the conference, we respectfully request that the Court so-order the attached proposed order directing the US Marshals to transport Mr. Castillero to the hearing. We will submit a request via eVoucher for the return trip and any necessary hotel and expenses.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill
Megan Wall-Wolff
*Attorneys for Michael Castillero*

1 / P (646) 808-0997    4 / www.oandh.net
2 / F (212) 203-1858    5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net   6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA