UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                         :
:
      -v-                                                       :      23-CR-622 (JMF)
:
MICHAEL CASTILLERO, et al,                                        :      <u>ORDER</u>
:
      Defendants.                                                :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the fact that Defendant Brian Martinsen has now retained new counsel, *see* ECF Nos. 65, 67, the motion of Nelson Mullins Broad and Cassel to withdraw as counsel, *see* ECF Nos. 58, 66, is GRANTED.  Now that the representation issues for Mr. Martinsen and Defendant Michael Castillero have been resolved, **all parties** shall appear for a conference on April 9, 2025, at 3 p.m. in Courtroom 1105 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, NY.

      The Clerk of Court is directed to terminate ECF No. 66 and to terminate Mr. Etra as counsel for Defendant Brian Martinsen.

      SO ORDERED.

Dated: April 2, 2025
       New York, New York

                                                    JESSE M. FURMAN
                                                  United States District Judge