# LAW OFFICES OF
# DANIEL A. McGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 • FAX (888) 679-0585 • DAN@LegalMCG.COM

April 3, 2025

<u>VIA ECF</u>

Hon. Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Michael Castillero*, 23 Cr 622 (JMF)

Dear Judge Furman,

    I represent Mr. Castillero in the above-captioned matter. I write to respectfully request that Mr. Castillero's appearance be waived and he be permitted to attend the conference scheduled for April 9, 2025 at 3:00pm via telephone. Mr. Castillero resides in Florida where he lives with his wife and two young children. Travelling to New York for the hearing would present a hardship. He has been declared indigent and if it is the Court's preference for Mr. Castillero to appear in person, I will separately request an Order directing the US Marshals to arrange Mr. Castillero's transport to the conference. The Court previously allowed Mr. Castillero to attend a hearing by telephone (ECF No. 35), which I understand did not disrupt or otherwise affect the proceedings.

    I thank the Court in advance for its attention to this matter.

Sincerely,

Daniel McGuinness

Cc:   All Counsel (via ECF)

Application GRANTED. The Court's staff will provide counsel with the relevant call-in information. The Clerk of Court is directed to terminate Docket No. 70. SO ORDERED.

April 4, 2025