```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
                        Plaintiff,                                 :
                                                                   :      23-CR-622 (JMF)
        -v-                                                        :
                                                                   :      ORDER
MICHAEL CASTILLERO, et al.,                                        :
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

    For reasons to be set forth in an opinion to follow, Defendants' motions to sever and for a hearing regarding attorney-client privilege are DENIED in their entirety.

    The Clerk of Court is directed to terminate ECF Nos. 91, 92, 94.

    SO ORDERED.

Dated: September 2, 2025  
       New York, New York

                                                      JESSE M. FURMAN  
                                                     United States District Judge