# ZMO Law PLLC

September 5, 2025

**Via ECF and email**

Judge Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

RE: *United States v. Michael Castillero*, 23 Cr. 622 (JMF)

Dear Judge Furman:

I, along with Daniel McGuinness, represent Michael Castillero in the above-captioned matter. We write in response to the Court's order asking us to detail our requests for sealing portions of the motions to sever and attached exhibits.

The government has proposed to us, and we agree, that Exhibit A of ECF No. 92, which contains the entirety of the 3500 materials related to Mr. Castillero, remain under seal. However, the other materials that were part of the motions to sever and the opposition thereto which reference Mr. Castillero's cooperation, including the tables detailing specific statements relevant to the motions at issue, should be unsealed to the extent they are currently under seal.

Exhibit A of ECF No. 92 contains the entirety of the discussions with Mr. Castillero, including other crimes and personal details of Mr. Castillero that are wholly unconnected to the question at issue in the briefs—*i.e.* whether the defendants should be severed for trial. Sealing this document, while allowing the other documents that describe key aspects of Mr. Castillero's statements in the 3500 to be public, appropriately balances the competing factors articulated in *Lugosch v. Pyramid Co. of Onondaga*, 453 F.3d 110 (2d Cir. 2006). The public will be able to see the aspects of Mr. Castillero's statements which are most relevant to this Court's decision on severance but protects the "higher values" of law enforcement investigations and cooperator safety. *Lugosch*, 453 F.3d at 124.

Thank you for your attention to this case.

353 Lexington Avenue, Suite 900 • New York, NY 10016
(212) 685-0999 • tc@zmolaw.com
www.zmolaw.com

ZMO Law PLLC

Very truly yours,

*Tess Cohen*

Tess Cohen
Partner

Application GRANTED.  No later than **September 12, 2025**, the parties shall refile all documents other than the 3500 materials designated as ECF No. 92-2 on the docket.  The Clerk of Court is directed to terminate ECF No. 117.

SO ORDERED.

September 8, 2025