UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
                                                                        :
      -v-                                   :       23-CR-622 (JMF)
                                                                        :
MICHAEL CASTILLERO, a/k/a "Michael Alejandro,"                          :       SCHEDULING ORDER
FRANCINE LANAIA, and BRIAN MARTINSEN,                                   :
                                                                        :
                    Defendants. :
                                                                        :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Trial in this case is scheduled for **October 20, 2025** at **9:30 a.m.** in **Courtroom 24B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. By Order entered on June 13, 2025, *see* ECF No. 88, modified by endorsement on August 20, 2025, *see* ECF No. 105, the Court set certain pretrial deadlines for the case.

      It is ORDERED that the parties appear for a final pretrial conference on **October 16, 2025**, at **2:30 p.m.** in **Courtroom 24B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. **The final pretrial conference must be attended by the Defendants and the attorneys who will serve as principal trial counsel.**

      The parties must familiarize themselves with the Court's Individual Rules and Practices for Trials, available at http://nysd.uscourts.gov/judge/Furman.

      SO ORDERED.

Dated: September 9, 2025
       New York, New York
                                              JESSE M. FURMAN
                                              United States District Judge