# LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 · FAX (888) 679-0585 · DAN@LEGALMCG.COM

September 12, 2025

<u>VIA ECF</u>

Hon. Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *United States v. Michael Castillero*, 23 Cr 622 (JMF)

Dear Judge Furman,

      I, along with Tess Cohen, represent Mr. Castillero in the above-captioned matter. Mr. Castillero joins in the motions of his co-defendants Brian Martinsen (ECF No. 134) and Francine Lanaia (ECF No. 135) seeking to preclude and limit expert testimony. I thank the Court for its continued consideration and attention to this matter.

                      Sincerely,

                      Daniel McGuinness

Cc: All counsel (via ECF)

The motion is GRANTED as to Ms. Lanaia's motion (ECF No. 135). Mr. Martinsen did not file a motion to preclude and limit expert discovery. (ECF No. 134 is a motion filed by the Government for that relief.) The Clerk of Court is directed to terminate ECF No. 138.

SO ORDERED.

September 15, 2025