```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
         -v-                                                 :      23-CR-622 (JMF)
                                                             :
MICHAEL CASTILLERO, a/k/a "Michael Alejandro,"               :           ORDER
FRANCINE LANAIA, and BRIAN MARTINSEN,                        :
                                                             :
                              Defendants.                    :
                                                             :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

By Order entered June 13, 2025, Defendants in this case — which is scheduled for trial beginning on October 20, 2025 — were required to produce Rule 16 material by September 19, 2025 (a date Defendants themselves proposed, *see* ECF No. 87, at 2) and to provide defense exhibits and a witness list (subject to good faith revision) by September 29, 2025. *See* ECF No. 88. In a letter-motion filed yesterday, the Government contends that Defendants failed to comply with these deadlines and seeks related relief. *See* ECF No. 156. In their responses to the Government's letter-motion — which were due by 10:00 a.m. today, *see* ECF No. 158 — Defendants Brian Martinsen and Francine Lanaia do not dispute that they failed to comply with the Court's deadlines; by way of explanation, however, they point to the voluminous nature of the Government's disclosures and the complexity of this case. *See* ECF Nos. 157, 160.[1]

The Court has no doubt that the burdens of preparing for trial in this case are heavy. But that is true for both sides, which is why deadlines were imposed (without objection) on both sides. Moreover, if the burdens on Defendants made it impossible for them to comply with the Court-ordered deadlines, their remedy was to seek an extension of those deadlines — not to ignore and violate them. Accordingly, the Government's letter-motion is GRANTED in part as follows: **Defendants shall immediately — and no later than Monday, October 13, 2025, at noon (even though it is a Court holiday) — make all required disclosures and productions to the Government**. For avoidance of doubt, for Castillero and Lanaia, that means the production of defense exhibits and witness lists (to the extent that Lanaia's letter does not satisfy those requirements) and, for Martinsen, that means the production of any exhibits or witnesses not previously disclosed as well as the text messages and additional exhibits from the Government's Rule 16 discovery that his counsel has indicated will be offered. Failure to comply with the foregoing may well result in an order (1) precluding Defendants from offering any exhibits outside the Government's Rule 16 material that were not previously identified and were in their possession, custody, or control as of the date of this Order; and (2) precluding

---

[1]   Defendant Michael Castillero did not file a response.

Defendants from calling any witnesses beyond those already identified absent a showing of good cause as to why the witness was not timely noticed.[2]

    The Clerk of Court is directed to terminate ECF No. 156.

    SO ORDERED.

Dated: October 10, 2025
       New York, New York

                                    JESSE M. FURMAN
                                    United States District Judge

---

[2] To the extent that the Government's letter-motion seeks these forms of relief now, it is denied. The Court hopes and assumes that it will not need to address the consequences of Defendants' failure to comply with this Order. To the extent there are any issues on that front, the parties should be prepared to address them at the final pretrial conference next week.