UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL CASTILLERO, et al.,<br><br>Defendants. | **ORDER**<br><br>23 Cr. 622 (JMF) |

      Upon the annexed application of JAY CLAYTON, United States Attorney for the Southern District of New York, for an order pursuant to Title 18, United States Code, Sections 6002 and 6003, compelling SCHUYLER MINTON to testify and to provide other information in *United States v. Michael Castillero, et al.*, 23 Cr. 622 (JMF), in the United States District Court for the Southern District of New York, and upon the declaration of Assistant United States Attorney Adam S. Hobson, submitted in support thereof; and it appearing that,

      1.      MINTON is scheduled to appear as a witness in *United States v. Michael Castillero, et al.*, 23 Cr. 622 (JMF); and,

      2.      It is expected that MINTON will refuse to testify on the basis of his privilege against self-incrimination; and,

      3.      It is the judgment of the United States Attorney that the testimony and other information that MINTON could give in *United States v. Michael Castillero, et al.*, 23 Cr. 622 (JMF), may be necessary to the public interest; and,

Upon the approval of the aforesaid application by the Department of Justice, by the Deputy Assistant Attorney General, pursuant to the authority vested in her by Title 18, United States Code, Section 6003 and 28 C.F.R. 0.175; it is hereby:

ORDERED that, pursuant to Title 18, United States Code, Sections 6002 and 6003, MINTON give testimony and provide other information as to all matters about which he may be questioned in *United States v. Michael Castillero, et al.*, 23 Cr. 622 (JMF); and

IT IS FURTHER ORDERED that, pursuant to Title 18, United States Code, Sections 6002 and 6003, no testimony or other information compelled under this Order, or any information directly or indirectly derived from such testimony or other information, may be used against MINTON in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with this Order.

This Order shall become effective only if after the date of this Order MINTON refuses to testify in *United States v. Michael Castillero, et al.*, 23 Cr. 622 (JMF), or provide other information on the basis of his privilege against self-incrimination.

_____
Honorable Jesse M. Furman
United States District Judge
Southern District of New York

Dated: New York, New York
       October  26 , 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL CASTILLERO, et al.,<br><br>Defendants. | APPLICATION FOR IMMUNITY ORDER<br><br>23 Cr. 622 (JMF) |

      JAY CLAYTON, United States Attorney for the Southern District of New York, for the reasons hereinafter set forth and upon the declaration of Assistant United States Attorney Adam S. Hobson, hereby requests an order compelling SCHUYLER MINTON to give testimony and provide other information pursuant to the provisions of Title 18, United States Code, Sections 6002 and 6003, and respectfully alleges as follows:

      1.    MINTON is scheduled to testify in *United States v. Michael Castillero, et al.*, 23 Cr. 622 (JMF), in the United States District Court for the Southern District of New York.

      2.    This application is made in good faith and upon my judgment that the testimony from MINTON may be necessary to the public interest.

      3.    It is expected that MINTON will refuse to testify in *United States v. Michael Castillero, et al.*, 23 Cr. 622 (JMF) on the basis of his privilege against self-incrimination.

1093

4.  This application is made with the approval of the Department of Justice, by the Deputy Assistant Attorney General, pursuant to the authority vested in her by Title 18, United States Code, Section 6003 and Title 28, Code of Federal Regulations, Section 0.175.  A copy of the letter setting forth the approval of the Department of Justice for this application is attached hereto.

WHEREFORE, the United States of America by the United States Attorney for the Southern District of New York respectfully requests the Court to issue an order requiring MINTON to give testimony and provide other information in *United States v. Michael Castillero, et al.*, 23 Cr. 622 (JMF), with regard to all matters about which he may be questioned, pursuant to the provisions of Title 18, United States Code, Sections 6002 and 6003.

Dated: New York, New York
October 24, 2025

Respectfully submitted,

_____
JAY CLAYTON
United States Attorney



U.S. Department of Justice

Criminal Division

*Office of the Assistant Attorney General*　　　　　　　Washington, D.C. 20530

Oct 16, 2025

Jay Clayton
United States Attorney
Southern District of New York
Jacob K. Javits Federal Building
26 Federal Plaza, 38th Floor
New York, NY 10278

**Attention:**　　Adam Hobson
　　　　　　　　Southern District of New York

**Re:**　　Witness Immunity Authorization
　　　　　Schuyler Minton
　　　　　United States v. Castillero, et al.

Dear Mr. Clayton:

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Southern District of New York for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Schuyler Minton to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto, provided that the witness refuses to testify or provide information on the basis of the privilege against self-incrimination.

　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　Jennifer A.H. Hodge
　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL CASTILLERO, et al.,<br><br>Defendants. | DECLARATION<br><br>23 Cr. 622 (JMF) |

**State of New York**
**County of New York**

ADAM S. HOBSON, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am an Assistant United States Attorney in the office of Jay Clayton, United States Attorney for the Southern District of New York, and as such I am one of the attorneys responsible for the prosecution of the above-captioned case.

2. This Declaration is made in support of the application by the United States Attorney for the Southern District of New York for an order pursuant to Title 18, United States Code, Sections 6002 and 6003 directing SCHUYLER MINTON to give testimony and provide other information in the above-captioned case.

3. It is expected that MINTON will refuse to testify on the basis of his privilege against self-incrimination.

4. Upon information and belief, MINTON can give relevant testimony before the District Court in the above-mentioned matter, which testimony may be necessary to the protection of the public interest.

5. This application for immunity is made in good faith. Other than as may be set forth

above, no prior request for the relief set forth herein has been made.

WHEREFORE, and upon the application of the United States Attorney annexed hereto, it is respectfully requested that the application be granted.

Dated: New York, New York
October 24, 2025

_____
Adam S. Hobson
Assistant United States Attorney