UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES, :
:
-v- : 23-CR-622 (JMF)
:
MICHAEL CASTILLERO, : ORDER
FRANCINE LANAIA, and :
BRIAN MARTINSEN, :
:
                Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Attached to this Order are the notes received from the jury (Court Exhibits 1-4 and 6), the Court's written response to one of those notes (Court Exhibit 5), and the Verdict Form (Court Exhibit 7), with jurors' signatures redacted.

      SO ORDERED.

Dated: November 5, 2025
       New York, New York

                                                 JESSE M. FURMAN
                                            United States District Judge

## JURY NOTE

The laptop is not connecting to the TV. The HDMI source is not connecting to the TV

Date: 11/4/2025
Time: 10:55

_____
Foreperson's signature

Court's Exhibit 2

# JURY NOTE

We the jury are asking for any update on the laptop/TV display situation. It would greatly speed the deliberation process to see the evidence all at once. Either a new ~~laptop~~ laptop or something.

Date: 11/4/2025
Time: 12:41 pm

Foreperson's signature

Court Exhibit 3

# JURY NOTE

Is it possible that we could have a wireless mouse? For the laptop?

Date: 11/4/2025
Time: 1:05 PM

Foreperson's signature

**JURY NOTE**

Question for the judge: What exactly constitutes as "advice" as it relates to being an investment adviser?

Date: 11/4/2025

Time: 1:14 PM

Foreperson's signature

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK

JESSE M. FURMAN                                                                              (212) 805-0282
United States District Judge                                                   Jesse_furman@nysd.uscourts.gov

November 4, 2025

To the Members of the Jury:

We received your note asking "[w]hat exactly constitutes as 'advice' as it relates to being an investment advisor?" You should give the word "advice" its common, ordinary meaning.

I also direct you to page 35, line 18 through page 36, line 3 of the jury charge, which reads:

> The first element the Government must prove beyond a reasonable doubt with respect to Count Four is that the defendant you are considering was an investment adviser at the time he or she is alleged to have committed investment adviser fraud. An investment adviser means "any person who, for compensation, engages in the business of advising others, either directly or through publications or writings, as to the value of securities or as to the advisability of investing in, purchasing or selling securities, or who, for compensation and as a part of a regular business, issues or promulgates analyses or reports concerning securities." But the definition of investment adviser does not include any broker or dealer whose performance of such services is solely incidental to the conduct of his or her business as a broker or dealer and who receives no special compensation for such services.

Thank you for your patience.

                Thank you,

                Judge Furman

# JURY NOTE

The jury has reached a verdict after careful consideration of the evidence.

Date: 11/4/2025

Time: 2:32 PM

Foreperson's Signature

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
       -v-                                                  :     23-CR-622 (JMF)
                                                            :
MICHAEL CASTILLERO, a/k/a "Michael Alejandro,"              :
FRANCINE LANAIA,                                            :     VERDICT FORM
and BRIAN MARTINSEN,                                        :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

*All Answers Must Be Unanimous*

**Count One: Conspiracy to Commit Securities Fraud, Wire Fraud, and Investment Adviser Fraud:**

    **Michael Castillero**

        Guilty ✓           Not Guilty _____

    **Francine Lanaia**

        Guilty ✓           Not Guilty _____

    **Brian Martinsen**

        Guilty ✓           Not Guilty _____

**Count Two: Securities Fraud**

    **Michael Castillero**

        Guilty ✓           Not Guilty _____

    **Francine Lanaia**

        Guilty ✓           Not Guilty _____

    **Brian Martinsen**

        Guilty ✓           Not Guilty _____

**Count Three: Wire Fraud**

    **Michael Castillero**

        Guilty ✓                Not Guilty ____

    **Francine Lanaia**

        Guilty ✓                Not Guilty ____

    **Brian Martinsen**

        Guilty ✓                Not Guilty ____

**Count Four: Investment Adviser Fraud**

    **Michael Castillero**

        Guilty ✓                Not Guilty ____

    **Francine Lanaia**

        Guilty ✓                Not Guilty ____

    **Brian Martinsen**

        Guilty ✓                Not Guilty ____

**Count Five: Conspiracy to Obstruct Justice**

    **Michael Castillero**

        Guilty ✓                Not Guilty ____

    **Brian Martinsen**

        Guilty ✓                Not Guilty ____

### Count Six: Obstruction of Justice

**Michael Castillero**

Guilty ✓  Not Guilty ____

**Brian Martinsen**

Guilty ✓  Not Guilty ____

*After completing the Verdict Form, please sign your names below and fill in the date and time.*



Foreperson

Date and Time: 11/4/2025  2:26 PM

*Once you have signed the Verdict Form, please give a note — **NOT** the Verdict Form itself — to the Court Security Officer stating that you have reached a verdict. The foreperson should retain the official Verdict Form to be handed to the Judge in open court.*

3