UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                  :

UNITED STATES OF AMERICA            :

         -v-                 :           23-CR-622 (JMF)

MICHAEL CASTILLERO,         :          SCHEDULING ORDER
FRANCINE LANAIA, and        :
BRIAN MARTINSEN,           :

               Defendants.      :

                  :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Upon reflection, the Court concludes that it should conduct the sentencings of all three Defendants in this case on the same day. Accordingly, all three sentencings are hereby ADJOURNED to **April 15, 2026**, at **9:30 a.m.** in **Courtroom 24B** of the **Daniel Patrick Moynihan United States Courthouse**, 500 Pearl Street, New York, NY. Absent objection, the Court will begin with a joint proceeding to address common issues, after which it will conduct separate proceedings with respect to each Defendant (in an order to be determined). If any party objects to that approach or has a conflict on April 15, 2026, the parties should confer and promptly file a letter motion seeking appropriate relief.

       SO ORDERED.

Dated: February 15, 2026
      New York, New York                                     
                                         JESSE M. FURMAN
                                  United States District Judge