UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                  :

UNITED STATES OF AMERICA            :

                     :

         -v-                   :                 23-CR-622 (JMF)

                     :

MICHAEL CASTILLERO,             :           <u>SCHEDULING ORDER</u>
FRANCINE LANAIA, and          :
BRIAN MARTINSEN,               :

                     :

           Defendants.         :

                     :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The parties shall appear for all three sentencings (and, if necessary, a hearing as to forfeiture) on **May 20, 2026**, at **10:00 a.m.** in **Courtroom 24B** of the **Daniel Patrick Moynihan United States Courthouse**, 500 Pearl Street, New York, NY.  The Government shall submit a letter brief regarding forfeiture with supporting documents, and revised proposed preliminary orders of forfeiture, no later than **May 11, 2026**.  Defendants shall file any responses to the Government's submissions no later than **May 14, 2026**.

        SO ORDERED.

Dated: April 23, 2026
       New York, New York                            _____
                                              JESSE M. FURMAN
                                        United States District Judge