

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

April 28, 2026

**BY ECF**

The Honorable Jesse M. Furman
U.S. District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**    *United States v. Castillero, et al.*, **23 Cr. 622 (JMF)**

Dear Judge Furman:

      Consistent with the Court's order at the conference held on April 15, 2025, enclosed with this letter are the eight victim impact statements the Government previously filed under seal, which have been redacted to remove personal identifying information and names (except for witnesses who testified publicly). In addition, on April 17, 2026, the Government received an additional victim impact statement, which is also enclosed in redacted form.

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney
                        Southern District of New York

By:   /s/ _____

                        Allison Nichols
                        Adam S. Hobson
                        Matthew R. Shahabian
                        Assistant United States Attorneys
                        Southern District of New York
                        (212) 637- 2366 / 2484 / 1046

Enclosures

Cc: Counsel of record (by ECF)