**From:** ▮▮▮▮▮▮▮
**To:** ▮▮▮▮▮▮▮
**Subject:** [EXTERNAL] Victim impact statement Straightpath
**Date:** Monday, April 6, 2026 12:54:33 AM

Dear Judge Furman,
My name is ▮▮▮▮▮▮ I'm a rather simple man who raised 5 sons along with my wife always living very humbly and prioritizing saving and investing, striving to make a decent nest egg for retirement. I was a 32 year  hourly factory worker for Frito Lay. My highest hourly wage was $25 an hour. I mention this to show you what the $50000+ represents to me that I lost through the scamming, lying frauds perpetrated at Straightpath. As you can see their fraud was equal to approximately 1 year of very hard labor and countless hours of anxiety given to concern over their deliberate crime. And my personal loss is only the tip of the iceberg being MILLIONS were effectively stolen by these criminals. As the arbiter of giving and rendering proper judgement I implore you to first of all demand complete restitution for EVERY Dollar that they took via every means possible.  These guys should have nothing until every dollar is paid back. Secondly I would ask that they spend YEARS in jail for the equivalent time needed to produce the money that they stole for themselves. Fraud such as these men perpetrated is rampant and in order to stop seeing criminals rewarded for crime, severe deterrents are needed. They lived very smug, greedy lives at the expense of my very hard earned dollars and that of many many others. It is only fair that all of the benefits of their thievery should be completely nullified by your judgement of punishment. Thank you
Sincerely

Sent from Yahoo Mail for iPhone