**From:**
**To:**
**Subject:**     [EXTERNAL] Straight path Defendants
**Date:**        Friday, April 3, 2026 6:09:57 PM

   Your Honor I ask that you sentence the Defendants to the maximum possble. They not only stole and cheated me they cheated my family out of money I couldn't afford to lose. Not only did they steal from us they over charged me for shares they didn't own not by a small amount they over charged me by 25 dollars a share. I lost an amount I couldn't afford to lose due to the Defendants sheer greed. I worked hard for that money in hopes to invest in what I thought was the next TixToc to help provide my family with the American Dream. Instead all that money I invested was lost to greed I won't ever recoupe anything from this. They don't deserve mercy they should have assests besides what was in straight path taken from them to repay the countless victims. I thank you for listening and do hope you issue the maximum possible. Thank.
Sent from my iPhone