**From:** ███████████  ████████████████████
**Sent:** Wednesday, March 25, 2026 7:51 PM
**To:** Straightpathreceiver ████████████████████████████
**Cc:** ████████████████████
**Subject:** Fwd: In re: StraightPath Venture Partners LLC et al. Case No. 22-03897

Ms. ████████

   On November 12, 2021, Straightpath Venture Partners accepted my wire transfer payment for a capital contribution of $27,000 for a 0.19% membership interest in Series KR-1112(SPVF9) and claimed to hold 156,000 shares of common stock of Kraken.  They stated that my share was used to purchase 300 shares at $90/share with an implied valuation of $15B.

   According to EquityZen, as of this week, the common stack of Kraken is priced at $75/share and the company now has an implied valuation of $25B.

   Had and Andrew and Brian Martinsen properly processed my share purchase as they had stated, my investment would have appreciated instead of liquidating at a near-zero valuation.

████████████