

**From:** ████████████████████████████

**Sent:** Monday, April 6, 2026 8:47 PM

**To:** ████████████████████████████

**Subject:** [EXTERNAL] Investor Statement John Marshall

**CAUTION**: This email originated from outside USPS. **STOP and CONSIDER** before responding, clicking on links, or opening attachments.

████████ ,

I would like to say that I've been investing for over 50 years. I'm now 90 years old and was 86 years old at the time I purchased the supposed shares of Kraken and Triller.  After finding out Straightpath was fraudulent, the situation  has greatly effected me and my family  emotionally and financially. I thought this was legit. My son Michael is a financial advisor and I never mentioned this to him until afterwards. After I got the court notification. I showed my son the letter I got from straightpath about the shares purchases. He was disgusted by what he read. He could tell immediately it was bogus and fraudulent and would have stopped me. Now I've lost a lot of money and will never get it back. Very disappointing and regretful. Hopefully over time, I will move on.

Sincerely,

John Marshall