

**From:** Eddie Denaburg <span style="background:black">████████████████</span>
**Sent:** Saturday, March 21, 2026 12:29 PM
**To:** <span style="background:black">████████████████████████</span>
**Subject:** [EXTERNAL] RE: StraightPath Victim Impact Statement

**CAUTION**: This email originated from outside USPS. **STOP and CONSIDER** before responding, clicking on links, or opening attachments.

My comments to the court;

When someone leads an organization that blatantly lies to investors to induce them to give them money, there should be consequences other than a slap on the wrist. We were not mislead about what our investments were, we were lied to. Being told I was buying a stock for the same price that Straightpath was paying and then finding out the actual cost was about 50% of that price is just fraud. Net of what little recoveries there have been, my family lost over $200,000 which for us is a lot of money and that doesn't take the time value of money and what the money would have earned if invested in other stocks. I hope there is a financial side to their punishment where they are forced to disgorge/surrender all of their assets to go towards the victims, but I doubt if it works that way. Please sentence them to where they are in jail for enough years that there are real consequences for their actions. This journey has caused me to realize that you can't trust people you don't really know. I know I would never consider investing with a small firm again and that I will probably work a little longer and harder at my job because of this.

I see people do a lot of bad things with what I do for a living. While I read and hear about fraud like this, I never thought it would happen to me. At the end of the day, I am disappointed in myself for not vetting Straightpath harder. I am disappointed that there are people who so easily lie to you over the phone about an investment just so they can steal your money. People are supposed to grow up being taught right from wrong. Based on my understanding of how they personally benefitted from the funds taken, there is no argument that the ends justified the means. They didn't steal from the rich, they stole from everyday people.