**From:**
**To:**
**Cc:**
**Subject:** [EXTERNAL] StraightPath Venture Partners LLC et al. Case No. 22-0389 - VIS
**Date:** Sunday, April 12, 2026 8:32:30 AM

Ms

I am writing on behalf of my father, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I would welcome the opportunity to read my letter in court. I work in New York and could make the trip downtown.

Thank you very much,

## Summary

- Due to the actions of Michael Castillero, Francine Lanaia, and Brian Martinsen, my 88-year-old father lost his financial security and the peace of mind he earned through decades of hard work—damage that has harmed his emotional well-being and strained his relationships with family and friends.

- Because securities fraud is rarely detected, **deterrence must come from sentencing—this case is an opportunity to protect future victims through meaningful consequences.**

**Honorable Jesse M. Furman**
United States District Court
Southern District of New York

Re: *StraightPath Venture Partners LLC et al.*, Case No. 22-03897
Sentencing Scheduled for April 15

Dear Judge Furman,

I write to you as the son of one of the victims in this case.

My father is 88 years old. As a result of the defendants' actions, he lost well over seven figures—an amount that represented a significant portion of his life's savings. At his age, there is no meaningful opportunity to recover these losses. What was taken from him was not just money, but the financial security and independence he spent decades building.

The impact has been profound. This experience has changed him—his sense of trust, his peace of mind, and his relationships with our family have all been affected. What should have been a period of stability has instead become one of uncertainty. For someone at this stage of life, that loss is permanent.

This was not a momentary lapse in judgment or an emotional mistake by the defendants. It was calculated, deliberate conduct carried out over time for personal gain. It involved

deception, the abuse of trust, and the targeting of individuals who could not realistically recover from the damage inflicted. That it is categorized as "non-violent" should not obscure the severity of the harm. The consequences for victims are real, lasting, and in many cases irreversible.

**It is too late to make victims like my father whole, neither financially or emotionally. The harm cannot be undone. The only remaining question is what this case will mean for those who might otherwise be victimized in the future.**

Securities fraud is pervasive and difficult to detect. Many perpetrators are never caught. Government resources are limited, and enforcement is necessarily selective. In that reality, **deterrence is essential.** If the likelihood of detection is constrained, then the consequences imposed in the cases that are successfully prosecuted must be strong enough to change behavior. Otherwise, the incentives remain intact.

For deterrence to work, the message must be clear: this type of conduct will result in serious consequences.

This case presents that opportunity. The defendants' actions caused significant harm to real people, including elderly individuals who cannot recover what was taken from them. A meaningful sentence is necessary to ensure that no rational actor would view this type of conduct as a risk worth taking.

**I respectfully urge the Court to impose a significant term of imprisonment and conditions of confinement that reflect the seriousness of the offense. Doing so will not undo the harm in this case, but it can help prevent it from happening again.**

Thank you for your time and consideration.

Respectfully,

███████ on behalf of my father, ████████████████