

April 4, 2026

The Honorable Jesse Furman
Judge, Federal District Court
Southern District of New York

RE: Sentencing Hearing, Michael Castillero,
    Francine Lanaia, and Brian Martinsen

Dear Judge Furman,

I am a victim. See Victim Identification Number 761-8334 and Personal Identification Number 700l.

From December 2020 through April 14, 2022 I purchased Pre IPO Stocks from Straight Path five different times and paid Straight Path cash in the amount of $232,200 for this Pre IPO Stock. See details in the list attached.

I received nothing prior to the appointment of a Receiver. The Receiver has collected and sent to me my share in the amount of $27,464.25. That covers all five purchases. There may be some additional payments before the receivership is concluded but I do not expect it to be very much, if any at all.

Thus, I have a loss of $204,735.75.

The purchase of Triller Pre-IPO stock is particularly disconcerting; on December 13 and December 15, 2021, I purchased a total of 5000

April 4, 2026
Page 2 of 2

shares of Triller Pre IPO stock for $90,000. I was savings this cash to pay income taxes for income received in 2021. My straight Path Broker, Tom Palaio, pressed me very hard and finally convinced me that Triller would come out before I had to pay the taxes and therefore I should go ahead with the purchase. As you know, it did not, and I had to borrow money to pay these taxes, a loan that is still outstanding today.

I sincerely hope you will keep this in mind in determining whether or not, and how much, restitution should be required of these three defendants.

Sincerely yours,



Straight Path          What I paid to Straight Path.
1) Plaid (Midland)
   27 shares  —  $43,200
2) Toller (Midland)  ~~80,000~~
   2500 shares      45,000
3) Toller Midland
   2500 shares     45,000
4) Voyager Space (Legend)
   1000 Shares    64,000

5) Rubrick (Midland)
   1060 shares   35,000
                 ────────
                 $232,200

2025

Payments from the Receiver (Straight Path)

1) May 23, 2025:  Rubrik Silo Distribution   - $11,500.63
2) July 16, 2025:  Rubrik Pot Distribution    - $10,447.76
3) October 23-28:  Escrow Funds Distribution- $3,021.60
4) October 23-28:  ~~Space X~~ Pot ~~~~   - $1,341.45
5)   "      "   Escrow + Notes        $26,311.44
                                       1,152.81
                                     ────────────
                                    $ 27,464.25

                        232,200  Paid
                        27,464.25 Received

Loss suffered by ████████████ = $204,235.75
   (Very little more expected from Receiver)