To the Honorable Judge Jesse M. Furman,

My name is ▮▮▮▮▮▮▮▮, writing on behalf of myself and my husband, ▮▮▮▮▮▮▮▮. This is a Statement of Victim Impact with referral to the Criminal Defendants: Michael Castillero, Francine Lanaia, and Brian Martinsen who have been found guilty on November 4, 2025. We are victims in this case who feel the need to explain the emotional, physical and financial impact the crimes have had on our lives.

Prior to the decision to invest in this failed venture, we had worked hard all our lives to save up as much money as we could while providing for three boys and three grandchildren (who through unforeseen circumstances became under our custody and control since they were toddlers). Retirement accounts were non-existent for us, so when we came across this opportunity to invest in up-and-coming companies through StraightPath, we elected to do so after much thought and prayer. It was a difficult time for us, as raising three grandchildren at our age was very daunting and scary. However, duty called and we had to do all we could to provide for them. In order to provide for them and with the hopes of retiring one day, we elected to invest with StraightPath— of course their sales tactics almost made us where we could not refuse.

I myself was very skeptical about investing in StaightPath Ventures in the beginning, but I finally gave in and I let my husband talk me into taking a chance and see how it goes. Well, the criminals knew how to reel us in, because we made a quick profit on one of our early investments and it looked to us that this might just be something that is legit and could work to help us financially. The salesmen kept calling with a new deal almost every day. They knew we were hooked. Then the investment strategy got a little weird. The confirmation (Welcome Letters) stopped showing up after the money had already been sent, and if we called there was no response or answer. We became worried and started asking for details for our records as we grew skeptical and frightened about our ONLY means of security for our family's future being lost forever. Things had moved way too fast, and one day I woke up to realize we had removed all of our savings into something that was lacking credibility.

Your Honor, we together knew the risk involved with this investment, but we thought our money would be handled in a professional and safe manner. We knew it could all be lost but lost due to market situations and NOT due to greedy predators who put their financial interest above all others. This was our chance to take what little money we had saved after decades of work and money from a small inheritance after my parents' passing, to financially secure our retirement and have enough to provide for our grandchildren. We entrusted everything to them.

Our retirement and the future of our grandchildren relied on StraightPath. We believed this was the right financial move for our family. Now with our money being used for the pleasure and financial benefit of these criminals, our life is uncertain. Retirement is outside the question. We cannot afford to. Our stress levels are high, which has led to arguing and detriments to our physical health. We are totally disgusted by these people who preyed on us in a vulnerable position and took away what we worked so hard to achieve.

I can say we have had intense worry about our future and our ability to hold onto the things we have worked for all of our lives. I also feel we have had mental and emotional damage due to the crime that has been committed. In closing I would respectfully like to ask the court to consider restitution for our losses that have been considerable in my opinion. We trusted a phone call from someone who took our money and lied to us about the investment they promised to be making

on our behalf. We being older and a prime target for the criminals to approach was a successful crime for a while that did huge amounts of damage to the unlucky investors who believed in them. It saddens me to think of the other investors who might have had to endure this sort of pain and suffering that we have. I hope the criminals go to jail for a long time and are not able to ever lie and steal from honest, hard working families such as ours.

**Additionally, each one of those people should be forced to pay restitution for our damages including our principal, interests, and fees**. That is the only correct option. They should be forced to make us whole again. They knew what they were doing when they took our money, so we need to take theirs (which is actually ours), so that we can recover from what was taken.

**Our overall investments that were held up for investigation amounted to $347,710,** with a small portion of that having been already recovered through the Receiver on our behalf. Any amount of return on our loss is greatly appreciated as we continue to await any further positive news from the receievership and anyone who is involved with this case that is trying to seek justice and compensation for victim loss.

We truly appreciate everything you are doing to stop these types of criminals and give them what they deserve for the injustice served to the victims at hand.

Thank you for considering my statement,

Case name: StraightPath Venture Partners LLC
Defendants: Michael Castillero, Francine Lanaia, & Brian Martinse
Victims: ███████████████
Date: April 5, 2026