

**From:** <span style="background:black">          </span>
**Sent:** Friday, April 17, 2026 1:06 PM
**To:** <span style="background:black">          </span>
**Subject:** Re: [EXTERNAL] Case 23CR622 StraightPath

I realize we are past the submission date for my VIS but here it is. I hope the Judge will still review it. At the very least please share it with the prosecution to be used as part of the record and/or additional context if they have the opportunity to make remarks at the next court date.

TO THE HONORABLE JESSE M. FURMAN:

I am submitting this Victim Impact Statement in connection with the sentencing of Michael Castillero, Francine Lanaia, and Brian Martinsen in United States v. Castillero et al., Case No. 23-CR-622.

I entrusted $200,000 to StraightPath Venture Partners LLC, a fund managed by the defendants, with the expectation that it would grow and support my retirement. This was not a small investment — it represented a significant portion of my life savings, carefully accumulated over decades of work. I had planned to retire in 2026, and this capital was intended to provide financial security during my retirement years.

I have suffered a devastating loss. The $200,000 I invested has been stolen, and I will now need to work 5 to 10 additional years to make up for the lost income and growth. My retirement — which I had planned for and looked forward to — is now delayed indefinitely. I will never enjoy the peace of mind that comes with knowing I can live comfortably in my later years.

The emotional toll has been severe. I experience constant anxiety, sleepless nights, and persistent worry about my financial future. I feel betrayed and violated — I trusted professionals to manage my money, and instead, I was defrauded. I have lost confidence in financial institutions and professionals, and I now live in fear that another fraud could strike.

This has deeply affected my marriage. My wife and I have experienced significant conflict and tension over our financial future. We had planned to travel, spend time with our grandchildren, and enjoy our retirement together. Those dreams are now shattered. We have lost trust in each other, and the stress has strained our relationship to the point where we are no longer able to enjoy our time together.

I have become extremely conservative with my remaining investments, moving assets into low-yield accounts to avoid further risk. This has cost me additional wealth — my remaining portfolio is now underperforming by an estimated 2-3% annually, which compounds over time. I have also lost confidence in my ability to make sound financial decisions, and I now experience decision paralysis when faced with any investment opportunity.

The defendants' fraud has stolen more than money — it has stolen my retirement, my peace of mind, and years of my life. I have lost trust in the system, and I now live in fear that another fraud could strike.

I respectfully urge this Court to order full restitution to all victims of this fraud. The defendants must be held accountable for the harm they have caused. I request restitution in the amount of $200,000, representing my direct investment loss, as well as compensation for the lost growth and emotional harm I have suffered.

The SEC receivership has returned only a small fraction of investor losses — estimates suggest victims will recover only 10-20 cents on the dollar. Restitution ordered by this Court is the only realistic path to recovery.

I ask that the Court impose substantial prison sentences and order full restitution to

ensure that the defendants bear the full consequences of their crimes.

Respectfully submitted,

██████████████
█████████
████████████
██████████
███████████████

4/17/2026

