UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                  :

UNITED STATES OF AMERICA           :
                                  :

       -v-                         :                23-CR-622 (JMF)
                                  :

MICHAEL CASTILLERO,         :                  ORDER
FRANCINE LANAIA, and         :
BRIAN MARTINSEN,           :
                                  :

                Defendants.      :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In its sentencing submission, the Government asserts that one or more Defendants in this case have made public appearances in the period since trial and, during those appearances, made factually false statements relating to this case. *See* ECF No. 216, at 46-47 & n.14. No later than **May 13, 2026**, the Government shall file a letter listing (and, if available, providing links to) any such appearances beyond those referenced in footnote 14 of its submission and describing the statements any Defendant made during any public appearance that it believes to be false. Any Defendant referenced in the Government's letter may file a response by **May 18, 2026**. The parties should be prepared to address the import, if any, of these appearances at sentencing.

      SO ORDERED.

Dated: May 1, 2026
      New York, New York                  _____
                                      JESSE M. FURMAN
                              United States District Judge