UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :

               - v. -                         :

FRANCINE LANAIA,                              :

             Defendant.                     :

:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PRELIMINARY ORDER OF
FORFEITURE AS TO
SPECIFIC PROPERTY/
MONEY JUDGEMENT

23 Cr. 622 (JMF)

WHEREAS, on or about November 28, 2023, FRANCINE LANAIA (the "Defendant"), among others, was charged in four counts out of a six-count Indictment, 23 Cr. 622 (JMF) (the "Indictment"), with conspiracy to commit securities fraud, wire fraud, and investment advisor fraud, in violation of Title 18, United States Code, Section 371 (Count One); securities fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff; Title 18 United States Code, Section 2 (Count Two); wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 (Count Three); and investment advisor fraud, in violation of Title 15, United States Code, Sections 80b-6 and 80b-17; Title 18, United States Code, Section 2 (Count Four);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One through Four of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One through Four of the Indictment that the Defendant personally obtained, including but not limited to a sum of money of at least $386 million in United States currency, representing proceeds traceable to the commission of the offenses charged in Counts One through Four of the Indictment;

WHEREAS, on or about November 4, 2025, the Defendant was found guilty, following a jury trial of Counts One through Four of the Indictment;

WHEREAS, the Government asserts that, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), $24,259,128.80 in United States currency represents the amount of proceeds traceable to the offenses charged in Counts One through Four of the Indictment, that the Defendant personally obtained;

WHEREAS, the Government seeks a money judgment in the amount of $24,259,128.80 in United States currency, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), representing the amount of proceeds traceable to the commission of the offenses charged in Counts One through Four of the Indictment, that the Defendant personally obtained;

WHEREAS, the Government asserts that the following property constitutes the proceeds traceable to the offenses charged in Counts One through Four of the Indictment:

a. The real property located at 17920 Gulf Blvd Apt 1007, Redington Shores, Florida;

b. The real property located at 14 Sullivan Ave Farmingdale, New York, New York;

c. Gray 2021 Mercedes Benz E350 VIN W1KZF8EB2MA924959;

d. One Louis Vuitton Handbag (9 x 10 x 4.5 in);

e. One Louis Vuitton Handbag (7 x 12.75 x 4.25 with 5" handle);

f. One Rolex Estate 18k Two-Toned Gold Serial # E473028;

g. Twenty-five (25) 1 oz Gold Bar - Credit Suisse (In Assay);

h. Five hundred (500) – 1 oz Silver Bars (APMEX);

i. Two APMEX Monster Boxes;

j. Twenty-five (25) Canada 1 oz Gold Maple Leaf .9999 Fine BU;

k. One hundred (100) - John Wick 1 oz Silver Continental Coin;

l.      Twenty (20) - 2022 Canada 1 oz Platinum Maple Leaf BU;

m.      2022 1 oz Gold Eagles (20-Coin MD Premier & PCGS FS Tube;

n.      Twenty (20) - 2022 Canada 1 oz Platinum Maple Leaf BU;

o.      Twenty-five (25) - 1 oz Platinum Bar - Credit Suisse (.9995 Fine w/ Assay);

p.      Fifty (50) - 2022 American Silver Eagle MS-70 NGC (First Day of Issue);

q.      Ten (10) - 2022 1 oz American Gold Eagle MS-70 NGC (First Day of Issue);

r.      Three (3) 1986-W 1 oz Proof American Gold Eagle (Box & COA);

s.      Two (2) 2022 Canada 1 oz Gold Maple (10-Coin MD Premier & PCGS FS Tube);

t.      One (1) 2022 Niue 1 oz Gold $250 Godfather 50th Anniversary (Box & COA);

u.      Ten (10) - 2023 CB 1oz Gold Britannia MintDirect Premier & PCGS FS (KING);

v.  One 175.00 ct Amesthyst Silver Necklace Length 17.00;

w.  One .92 ct Diamond Baguette 0.38 ctw 14k White Gold Ring Size 7;

x.  One 1.21 ct Paraiba Tourmaline Pear & .057 ctw Diamond Baguette & Round 18k White Gold Ring Size 7;

y.  One Turquoise Sterling Silver 108.60gr Bracelet;

z.  One Turquoise & Spiny Oyster, Lapis Sterling Silver 17.60gr Pendant;

aa.  One Magnesite Sterling Silver 27.80gr Pendant;

bb.  One 0.63 ct Tsavorite Garnet & 0.12 ctw Diamond 14k Yellow old 2.00 gr Earrings;

cc.  One 0.48 ct Emerald & 0.36 ctw Diamond 18k Yellow Gold 3.54 gr Ring Size 6.5 – 7;

dd.  One 0.30 ct Diamond & 0.43 ctw Diamond 18k 2.21gr Pendant Length 18;

ee.  One 1.07 ct Ruby Pear & 0.38 ctw Diamond 14k Yellow Gold 4.41gr Ring Size 7;

ff.  One Aquamarine Silver Necklace;

gg. One 0.35 xt Pink Diamond Round & 0.23 ctw Diamond 18k 2 Tone Gold Earrings;

hh. One 250.00 ct Amber Necklace Length 28;

ii. One 1.75 ctw Pink Tourmaline & 0.32 ctw White Sapphire Silver 3.94 gr Ring Size 7;

jj. One 1,325.00 ct Jadetite Jade Necklace Length 28;

kk. One 0.61 ct Champagne Diamond & 0.33 ctw Diamond 14k Rose Gold 4.40gr Ring Size 7;

ll. One 0.18 ct Black Diamond & 0.85 ctw Diamond 18k White Gold 5.30gr Pendant Length 18;

mm.    One Ciriari Couture Jewels 1.06 ct Colombian Emerald Rectangular & 0.33 ctw Diamond 14k Yellow Gold Pendant Length 18;

nn. One Ciriari Couture Jewels Made in Italy 2.19 ct Colombian Emerald Pear & 0.19 ctw Diamond 14k Yellow Gold Earrings;

oo. One 0.58 ct. Champagne Diamond & 0.41 ctw Diamond 18k White Gold 4.10 gr Pendant Length 18;

pp. One 0.77 ct Pink Diamond Round & 0.35 ctw Diamond Baguette & Round 18k Two-Toned Ring Size 7;

qq. One 1.68 ct Copper Bearing OriginL Oregon Butte Basin Mine Sunstone & 0.30 ctw Diamond 14k White Gold 2.40 gr Pendant Length 16;

rr. One 73.42 ct Schiller Effect Sunstone Silver Necklace Length 18;

ss. One Place Vendome Collection Estate Sapphire & Ruby Round & 289.27 ctw Sodalite & Pearls 18k Yellow Gold Necklace Approx. Wt. Length 16;

tt. One 1.60 ct. Pink Diamond Round & 0.25 ctw Diamond 18k 2-Tone Gold 6.48 gr Earrings;

uu. One 2.91 ct Purple Sapphire Oval & 0.32 ctw Diamond 14k White Gold Ring Size 7;

vv. One 2.25 ct Mandarin Garnet Oval & 0.29 ctw Brown and White Diamond 14k Yellow Gold Ring Size 7;

ww.     One 1.12 ct Australian Opal Ocal 0.49 ctw Multiple Gems 14k White Gold Ring Blue Sapphire & Diamond Size 7;

xx. One 400.00 ct Charoite Silver Necklace Length 16;

yy. One 1.15 ct Tanzanite Cushion and 0.19 ctw Diamond 14k White Gold .097gr Pendant Length 18;

zz. One 0.25 ct Pink Diamond Cush and 0.15 ctw Diamond 14k Two-Toned Gold Ring Pink Diamond 0.15 cts Size 7;

aaa.    One 1.80 ctw Yellow Diamond Round and 0.29 ctw Diamond 14k Two-Toned Gold 4.65gr Ring Size 7;

bbb.    One 1.60 ct Tanzanite Cushion and 0.39 ctw Diamond 14k White Gold 3.86gr Pendant Length 18;

ccc.    One 500.00 ct Lapis Silver Necklace Length 20;

ddd.    One Cirari Couture Jewels 6.29 ct Moonstone Cabochon Oval and 0.42 ctw Diamond 14k White Gold Ring Size 7;

eee.    One Cirari Couture Jewels 1.26 Pink Sapphire and 0.27 ctw Diamond Pear & Round 18k White Gold 2.93gr Ring Size 7;

fff. One 9.71 ct Sapphire Oval and 0.06 ctw Diamond 14k White Gold 9.89gr Bracelet Length 7;

ggg.    One 395.00 ct Opal Silver Necklace Length 18;

hhh.    One 575.00 ct Jadeite Jade Necklace Length 30;

iii. One 7.33 ct Opal Oval and 0.18 ctw Diamond 14k Yellow Gold Ring Size 7;

jjj. One 2.02 ct Fire Opal Oval and 0.09 ctw Opal 14k Yellow Gold Ring Size 7;

kkk.    One 285.00 ct Moonstone Silver Necklace Length 18;

lll. One 3.65 ct African Opal & 0.20 ctw Diamond 14k Yellow Gold 5.20gr Pendant Length 18;

mmm. One 0.34 ctw Pink Diamond Round and 0.08 ctw Diamond 14k Rose Gold 4.02gr Pendant Length 18;

nnn.   One 0.34 ctw Diamond and 0.16 ctw Diamond 14k White Gold 2.91gr Ring Size 6.5;

ooo.   One .48 ct Diamond and 0.61 ctw Diamond 18k 5.33gr Ring Size 7

ppp.   One 330.00 ct Lapis Silver Necklace Length 20;

qqq.   One .00 ct Brown Diamond Round 14k White Gold Bracelet Length 7;

rrr. One Cirari Couture Jewels 0.55 ct Brownish Yellow Diamond Cushion and 0.35 ctw Diamond 18k Tow-Toned Gold 2.01gr Pendant Length 18;

sss. One 9.00 ct Sardinian Coral Silver 11.00gr Necklace Length 17;

ttt. One 0.11 ct Diamond Round and 0.89 ctw Diamond 14k White Gold 3.58gr Pendant Length 18;

uuu.   One Salavetti 2.76 ctw Pink Sapphire Round 18k Rose Gold Bracelet Length 7;

vvv.   One 2.45 ct Green Tsavorite Oval and 0.34 ctw Diamond 14 White Gold 3.68gr Ring Size 7;

www.  One 6.91 ctw Diamond Round Brilliant Cut 14k White Gold 13.41gr Necklace Length 18;

xxx.   One Estate 2.04 ctw Sapphire & 0.56 ctw Diamond PT950 6.60gr Ring Approx Wt Size 7;

yyy.   One 1.31 ct Diamond Oval and 1.86 ctw Diamond 14k Two-Toned Gold Ring Yellow Dia 0.16 ctw Size 7;

zzz.   One 2.32 ct Paraiba & 0.38 ctw Diamond 18k 3.20gr Pendant Length 18;

aaaa.   One 3.63 ctw Orange Fire Opal and 0.18 ctw Diamond 14k Two-Toned Gold 2.49gr Earrings;

bbbb.   One Kallati 4.45 ct Tanzanite Emerald and 0.55 ctw Diamond 14k White Gold Ring Size 7;

cccc.   One Cirari Couture Jewels 6.70 ct Blue Zircon Pear and 0.14 ctw Diamond 14k White Gold 2.89gr Ring Size 7;

dddd.   One 16.8ct  Emerald Oval and 3.57 ctw Diamond 18k White Gold Bracelet Length 7;

eeee.   One 3.37 ctw Ruby Square and 1.39 ctw Diamond 14k Yellow Gold 6.66gr Pendant Length 18;

ffff.   One Lance Fischer 3.38 ct Paraiba Tourmaline Oval and 0.10 ctw Diamond 14k Yellow Gold 3.38gr Ring Size 7;

gggg.   One Lance Fischer 6.26 ct Grandidierite Oval and 0.14 ctw Diamond 14k Yellow Gold 4.80 gr Ring Size 7;

hhhh.   One Cirari Couture Jewels 3.27 ctw Mother of Pearl Fancy and 0.48 ctw Diamond 14k Yellow Gold 5.50gr Necklace Length 18;

iiii.   One Cirari Couture Jewels 5.89 ct Green Sphene Oval and 0.08 ctw Diamond 14k Yellow Gold 2.39gr Ring Size 7;

jjjj.   One Cirari Couture Jewels 5.63 Green Sphene Oval and 0.10 ctw Diamond 14k Yellow Gold 1.75gr Earrings;

kkkk.   One 2.19 ct Orange Imperial Topez Oval and 0.13 ctw Diamond Baguette and Round 14k Two-Toned Gold 191gr Ring Size 7;

llll.   One 1.28 ctw Ruby Square and 0.14 Diamond 18k Yellow Gold 3.64gr Ring Size 7;

mmmm.        One Blue Akoya Cultured Pearl Baroque 7-8 mm Sterling Silver Necklace Length 34;

nnnn.   One 1.01 ctw Diamond Round 14k Yellow Gold 2.27gr Pendant Buffalo Length 18;

oooo.   One 4.46 ct Colombian Emerald Oval and 0.83 ctw Diamond 18k Yellow Gold 8.01gr Ring Size 7;

pppp.   One 1.36 ct Tsavorite Garnet Pear and 0.31 ctw Diamond 14k White Gold 3.77gr Ring Size 7;

qqqq.   One Estate 1.89 Tsavorite Garnet Pear Shape and 0.66 ctw Diamond 18k Yellow Gold Necklace Approx. Wt Length 18;

rrrr.   One 1.15 ctw Pink Ruby Round and 1.65 ctw Sapphire and Diamond 14k White Gold 7.33gr Ring Size 7;

ssss.   One 0.81 ctw Sapphire Round and 1.79 ctw Ruby and Diamond 14k Two-Toned Gold 9.06 Ring Size 7;

tttt. One 1.96 ct Paraiba Tourmaline Marquise and 0.40 ctw Diamond 14k Yellow Gold Ring Size 7;

uuuu. One 2.27 ct Paraiba Tourmaline Oval and 0.45 ctw Diamond 14k White Gold Pendant Length 18;

vvvv. One 1.34 ctw Alexandrite Trillion and Cushion and 0.52 ctw Diamond 14k White Gold Ring Size 7;

wwww. One 0.19 ct Fancy Purple-Pink Gia Diamond and 1.40 ctw Diamond 18k Two-Toned Gold 6.54gr Ring Size 7;

xxxx. One 1.92 ct Orange Fire Opal Cushion and 0.50 ctw Diamond 14k Yellow Gold 2.79gr Ring Size 7;

yyyy. One 2.15 ct Natural Sapphire Oval and 0.47 ctw Diamond 18k White Gold 4.63gr Ring Size 7;

zzzz. One 17.91 ct Pink Zircon Oval and 0.11 ctw Diamond 14k White Gold 5.18gr Pendant Length 18;

aaaaa. One 9.08 ct Fire Opal Trillion and 0.44 ctw Diamond 14k Yellow Gold 3.55gr Pendant Length 18;

bbbbb. One Estate 1.28 ctw Paraiba and 0.88 ctw Diamond PT900 850pt Chain 6.70gr Adjustable Pendant Approx. Wt Length 18;

ccccc. One 1.06 ct Yellow Diamond and 0.16 ctw Diamond 14k Yellow Gold 2.35gr Pendant;

ddddd. One 1.08 ct Multi Color Diamond and 0.13 ctw Diamond 18k Two-Toned Yellow and White Gold 6.42gr Ring 0.13ct Size 7;

eeeee. One 1.01 ctw Yellow Diamond and 0.24 ctw Diamond 14k Yellow Gold 3.75gr Earrings;

fffff. One 4.63 ctw Diamond and 3.21 ctw Emerald 18k White Gold 31.00gr Necklace Length 18;

ggggg. One Estate 4.61 ctw Jade Cabochon Oval and 0.58 ctw Diamond PT900 7.90gr Ring Size 8;

hhhhh. One 0.73 ctw Alexandrite and 0.50 ctw Diamond PT900 PT850 4.00gr Adjustable Pendant Length 18;

iiiii.    One Multi Color Carved and Beaded Jadeite Vermeil 174.70gr Necklace Round w. Buddha Length 24;

jjjjj.    One Cartier 18k Yellow Gold 4.20gr Pendant/Charm "50" 1/8 oz Gold Bar "16357";

kkkkk. One Estate 14k Yellow Gold 11.81gr Pendant Length 20;

lllll.    One Estate 22k/14k Yellow Gold 22.58gr Charm;

mmmmm.    One Inlay Charoite and Turquoise, Lapis, Spiny Oyster Sterling Silver 81.30gr Necklace Choker Length 16;

nnnnn. One Cirari Couture Jewels 3.10 ctw Yellowish Green Diamond Round 14k Yellow Gold 4.39gr Ring Size 7;

ooooo. One Cirari Couture Jewels 4.25 ctw South Sea Pearl & 0.38 ctw Diamond 14k Yellow Gold 6.02gr Pendant Length 18;

ppppp. One 13.20 ct twt Multi Color Oregon Copper Bearing Sunstone Cut By Ben;

qqqqq. One 3.00 ct Madeira Citrine 8mm 14k White Gold Earrings;

rrrrr.    One Estate Coral and Diamond PT900 6.40 Ring Size 6.75;

sssss.    One 2.10 ctw Emerald and 0.02 ctw Diamond 14k Yellow Gold 8.58gr Bracelet Length 7;

ttttt.    One 3.29 ct Ammolite and 0.14 ctw Diamond 14k White Gold 4.11gr Pendant Length 18;

uuuuu. One 0.80 ct Tanzanite Trillion and 0.17 ctw Opal and Diamond Fancy and Round 14k Yellow Gold 4.24gr Ring Size 7;

vvvvv. One 0.62 ctw Alexandrite and 2.15 ctw Diamond 14k Yellow Gold 6.50gr Bracelet Length 7.25;

wwwww.    One 3.60 ctw Orange Sapphire and 0.02 ctw Diamond 18k White Gold 3.04gr Adjustable Pendant with Chain Length 18;

xxxxx. One Mysteria Collection 0.52 ctw Padparadscha and 0.45 ctw Diamond 18k White Gold 4.35gr Ring Size 6.5;

yyyyy. One 0.94 ct Tanzanite Oval & 0.27 ctw White Opal & Diamond 14K Yellow Gold 1.89gr Pendant Length 18;

zzzzz.  One Estate 2.30 ct Orange Sapphire Oval & 0.69 ctw Diamond PT900 Ring Approx.Wt. Size 6.5;

aaaaaa. One 51.36 ct Coral Round 925 Silver 0.62gr Necklace Length 24;

bbbbbb.  One EFFY 0.78 ctw Emerald Multi Shape & 1.52 ctw Diamond 14K White Gold 9.75gr Ring Size 7;

cccccc. One 45.04 ct Moon Stone 925 Silver Necklace Length 18;

dddddd.  One 0.19 ctw Black Diamond Round & 0.14 ctw Diamond 18K Rose Gold 1.94gr Pendant Length 18;

eeeeee. One Cirari Couture Jewels 1.74 ct Pink Sapphire Pear & 0.52 ctw Diamond 14K White Gold 1.76gr Pendant Length 18;

ffffff.  One 0.61 ctw Emerald Round & 0.62 ctw Diamond 14K White Gold 1.21gr Necklace Length 18;

gggggg.  One 7.93 ctw Ruby Oval 925 Silver 8.19gr Bracelet Length 7.25;

hhhhhh.  One 0.86 ct Kashmir Ruby & 0.19 ctw Diamond 14K Yellow Gold Ring Size 7;

iiiiii.  One 2.88 ctw Peridot Pear 925 Silver 13.56gr Bangle;

jjjjjj.  One 1.51 ct Blue Sapphire Round & 0.49 ctw Diamond 14KT White Gold Bangle Bracelet (flexible) Length 7;

kkkkkk.  One 1.64 ctw Diamond Round 14KT White Gold Necklace Length 18;

llllll.  One 1.84 ctw Diamond Baguette & 0.38 ctw Diamond 14KT White Gold Ring Size 7;

mmmmmm.  One Cirari Couture Jewels 1.85 ctw Pink Sapphire Oval & 0.41 ctw Diamond 14K White Gold 3.45gr Earrings;

nnnnnn.  One Effy 0.03 ctw Pearl & Emerald Round & 0.11 ctw Diamond 14K White Gold 1.91gr Panther Pendant Length 18;

oooooo.  One Effy 2.90 ctw Multi Color Sapphire & Gemstone Oval & 0.60 ctw Diamond 14K Yellow Gold 9.91gr Ring Size 7;

pppppp.  One Turquoise Sterling Silver 49.10gr Ring Size 8.50;

qqqqqq.        One 1.00 ctw Diamond Round 14K White Gold In/out Hoop Earrings;

rrrrrr.   One Turquoise Sterling Silver 51.00gr Bracelet Length 0.00;

ssssss.  One Honey Fire 1.08 ct Diamond Cushion & 0.35 ctw White & Yellow Diamond 18K Two Tone Gold 2.87gr Pendant Length 18;

tttttt.    One Chromia Collection 3.65 ct AAA Japanese Akoya Pearl & 0.23 ctw Diamond 18K White Gold 4.93gr Ring Size 7;

uuuuuu.        One 1.20 ctw Tourmaline Oval & 0.63 ctw Diamond Baguette & Round 14K White Gold 3.05gr Ring Size 7;

vvvvvv.        One 0.73 ct Emerald Oval & 0.46 ctw Diamond 14K Yellow Gold 2.56gr Ring Size 7;

wwwwww.        One Karatage Xxii 22K Yellow Gold 3.65gr Pendant Length 18;

xxxxxx.        One Turquoise Sterling Silver 110.00gr Necklace And Earring Set Signed Betta Lee Length 20.00;

yyyyyy.        One 1.80 ct Nampula Aquamarine & 0.13 ctw Diamond 14K Yellow Gold 3.60gr Ring Size 7;

zzzzzz. One EFFY 7.85 ctw Multi Clor Multi Stone Multi Shape & 0.05 ctw Diamond 14K Yellow Gold 5.35gr Pendant Length 18;

aaaaaaa.        One 0.32 ct Yellow Diamond Cushion & 0.33 ctw Diamond 18K Two-Tone Gold 6.62gr Ring Size 7;

bbbbbbb.        One 0.30 ct Yellow Diamond Pear & 0.33 ctw Diamond 14K Two-Tone Gold 2.82gr Pendant Length 18;

ccccccc.        One Chromia Collection 5.00 ct Blue Zircon & 0.47 ctw White & Pink Diamond 18K Two Tone Gold 5.76gr Ring Size 7;

ddddddd.        One 345.00 ct Jasper 12 mm Necklace Red Ocean Jasper Length 17;

eeeeeee.        One Jasper Oval Sterling Silver 54.40gr Bracelet Signed Russel Sam;

fffffff.  One Bumble Bee Jasper Sterling Silver 52.60gr Necklace Signed B J A Length 20.00;

ggggggg.        One Cubist Gold 1.18 ctw Multi Gemstone & 0.27 ctw Diamond 14K Yellow Gold 6.59gr Pendant W/o Chain;

hhhhhhh.    One Cubist Goldª 0.63 ctw Multi Gemstone & 0.17 ctw Diamond 14K Yellow Gold 6.04gr Ring Size 7;

iiiiiii.   One Sleeping Beauty Turquoise 925 Silver Necklace;

jjjjjjj.   One Pink Queen Conch 925 Silver Bracelet;

kkkkkkk.    One 0.23 ctw Multi Color Diamond Round and 0.65 ctw Diamond 14k Yellow Gold 1.62gr Necklace Length 18;

lllllll.   One M Spencer Shell 925 Silver Bracelet Pink Queen Conch Shell;

mmmmmmm. One Blue Akoya Cultured Pearl 7 - 8 mm Sterling Silver Necklace Length 20;

nnnnnnn.    One 14K Yellow Gold 10.30gr Byzantine Bracelet Length 7.5;

ooooooo.    One Cirari Couture Jewels 1.40 ct Diamond 18k White Gold 1.58gr Earrings;

ppppppp.    One Cirari Couture Jewels 7.57 ct Lapis and 0.81 cw Diamond 14k Yellow Gold 3.55gr Pendant Length 18;

qqqqqqq.    One Cirari Couture Jewels 2.11 ctw Diamond Round 14K White Gold 2.20gr Ring Size 7;

rrrrrrr.  One Cirari Couture Jewels 1.80 ct Fire Opal Oval & 0.04 ctw Diamond 14K Yellow Gold 2.24gr Ring Smithsonian Collection Size 7;

sssssss.One 14.80 ct Tanzanite Oval 14K Two Tone Gold & Silver 12.15gr Bracelet Length 7;

ttttttt.  One 0.70 ctw Ruby Round & 0.86 ctw Sapphire & Diamond 14K White Gold 3.57gr Pendant Length 18;

uuuuuuu.    One 1.47 ctw Vs-si Diamond Baguette 14K Yellow Gold 4.01gr Ring IGL Lab Report With 0.42ctw Princess Cut & 0.17ctw Round Dias Size 7; and

vvvvvvv.    One Handmade in Japan 0.03 ctw Diamond & 0.02 ctw Ruby 18K YG 7.69gr Adjustable Pendant Length 18;

(a. through vvvvvvv., collectively, the "Specific Property");

WHEREAS, in addition to the Specific Property, the Government continues to identify property obtained by the Defendant that may constitute proceeds traceable to the commission of the offenses charged in Counts One through Four of the Indictment;

WHEREAS, the Court finds that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One through Four of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence, with the exception of the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      As a result of the offenses charged in One Through Four of the Indictment, to which the Defendant was found guilty, a money judgment in the amount of $24,259,128.80 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts One through Four of the Indictment that the Defendant personally obtained shall be entered against the Defendant.

2.      As a result of the offenses charged in Counts One through Four of the Indictment, to which the Defendant was found guilty, all of the Defendant's right, title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

3.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture as to Specific Property/Money Judgment is final as to the Defendant

FRANCINE LANAIA, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

4.      All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

5.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

6.      Upon entry of this Preliminary Order of Forfeiture as to Specific Property/Money Judgment, the United States Marshals Service (or its designee) is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

7.      Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov.  This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days.  Any person, other than the Defendant, claiming interest in the Specific Property must file a Petition within sixty (60) days from the first day of publication of the Notice on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

8.      The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Specific Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Specific Property, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

9.      Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

10.     Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.  All Specific Property forfeited to the United States under a Final Order of Forfeiture shall be applied towards the satisfaction of the Money Judgment.

11.     Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

12.     Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

13.     Following the entry of this Preliminary Order of Forfeiture as to Specific Property/Money Judgment, pursuant to Rule 32.2(b)(2)(C)(iii), the Government may seek to amend

this Preliminary Order of Forfeiture as to Specific Property/Money Judgment to include additional

property identified as proceeds of the offenses charged in Counts One through Four of the Indictment.

14.    The Court shall retain jurisdiction to enforce this Preliminary Order of

Forfeiture as to Specific Property/Money Judgment, and to amend it as necessary, pursuant to Rule

32.2 of the Federal Rules of Criminal Procedure.


Dated: New York, New York
       May____, 2026

                                        SO ORDERED:


                                        _____
                                        HONORABLE JESSE M. FURMAN
                                        UNITED STATES DISTRICT JUDGE