# Exhibit B

(emailed to Chambers)