

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

May 11, 2026

**BY ECF**

The Honorable Jesse M. Furman
U.S. District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   *United States v. Castillero, et al.*, 23 Cr. 622 (JMF)

Dear Judge Furman:

The Government respectfully writes to enclose a letter received today from the Receiver of StraightPath Venture Partners, LLC and its affiliates in connection with the sentencing in this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By:   /s/
Allison Nichols
Adam S. Hobson
Matthew R. Shahabian
Assistant United States Attorneys
Southern District of New York
(212) 637- 2366 / 2484 / 1046

Enclosure

Cc: Counsel of record (by ECF)
    Peter Feldman, Esq.
    Erik Weinick, Esq.,
    Chaim Aronov, Esq.
    Otterbourg P.C. (by email)