

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

May 13, 2026

**BY ECF**

The Honorable Jesse M. Furman
U.S. District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    *United States v. Castillero, et al.*, 23 Cr. 622 (JMF)

Dear Judge Furman:

The Government respectfully writes in response to the Court's order dated May 1, 2026 directing the Government to: (1) list (and, if available, provide links to) any media appearances by any of the defendants beyond those referenced in footnote 14 of the Government's sentencing submission; and (2) describe the statements any defendant made during any public appearance that the Government believes to be false.

*Media Appearances*

In addition to the appearances listed in footnote 14, the Government would bring to the Court's attention the following additional public media appearances by Michael Castillero:

- FreedomTalk, People's Tribune Council Alert: Michael Castillero, Dec. 31, 2025, https://www.youtube.com/watch?v=3aQi64Jl9B8

- Diamond and Silk, Targeted by Lawfare, Feb. 10, 2026, https://rumble.com/v75l1v2-targeted-by-lawfare.html

- Battlefront: Frontline with Dustin Faulkner, Did the SEC and SDNY Drain Stock Market Entrepreneur and Investors Through Lawfare, Feb. 10, 2026, https://rumble.com/v75jt42-late-night-return-and-the-fractures-are-appearing-in-your-country.html

- David Zublick's Awake Nation, Feb. 20, 2026, https://rumble.com/v75zkkc-the-awake-nation-live-02.20.2026.html?e9s=src_v1_s%2Csrc_v1_s_o&sci=5570ca79-4d8e-4ad3-8907-2f3220c4f353

- The Targeted Show, Mar. 2, 2026, https://rumble.com/v76hn3k-the-targeted-show.html?e9s=src_v1_cbl%2Csrc_v1_upp_a

- Flip the Switch w/ Jenn, Politically Persecuted and Prosecuted ***Michael Castillero***, Mar. 9, 2026, https://rumble.com/v76jdca-politically-persecuted-and-prosecuted-michael-castillero.html

- X America News, Lawfare Hit Job, Mar. 17, 2026, https://rumble.com/v779gek-lawfare-hit-job.html

- X America News, Betrayal and Corruption at the DOJ w/ Michael Castillero, Mar. 19, 2026, https://rumble.com/v77bzd8-betrayal-and-corruption-at-the-doj-w-michael-castillero.html

In addition to these public appearances, the Government would also bring the Court's attention to an article by Jenn Baker, From 'No Evidence' to 'Full Prosecution' – How the SDNY Revived A Dead Case To Crush Michael Castillero, The Gateway Pundit, Mar. 9, 2026,[1] which Castillero shared with his own commentary on his public Instagram account, as displayed in Exhibit A, along with other screenshots from Castillero's Instagram account commenting on this case.

<em>False Statements in Media Appearances</em>

As noted in the Government's sentencing submission, Castillero has made repeated false statements in his public media appearances. These false statements, collected from a portion of Castillero's appearances (and one of Martinsen's), are categorized below. In the interest of efficiency, given the repetitive and lengthy nature of Castillero's appearances, the Government has not catalogued every false statement in every media appearance.

*First,* Castillero has falsely claimed that he and his co-defendants fully disclosed all relevant information to the SEC, that the SEC never issued StraightPath a corrective action notice (*contra* GX 400), and that his obstruction conviction was based on a misunderstanding, contrary to the trial evidence and the jury's verdict. For example:

- From the "Cowboy Logic" interview Castillero gave shortly after his conviction on November 29, 2025, at 4:53[2]: "But we were being ultra compliant just because one of my business partners was a compliance person and she wanted to be ultra compliant, above and beyond. So they decided on that, on voluntary information that we provided, to build a case to take the company from us, and then two years later indict us criminally as well."

- The Truth with John Gordon, on December 18, 2025, at 5:50[3]: Castillero: If you look at the rules of the exempt reporting adviser, it basically states that you just have to disclose

---

[1] https://www.thegatewaypundit.com/2026/03/no-evidence-full-prosecution-how-sdny-revived-dead/#commentshttps://rumble.com/v76hn3k-the-targeted-show.html.

[2] Cowboy Logic – 11/29/25: Michael Castillero, https://rumble.com/v72ad8s-cowboy-logic-112925-michael-castillero.html.

[3] Biden-Era Lawfare? – Michael Castillero Claims He Was Targeted, The Truth with John Gordon, https://www.youtube.com/watch?v=-SkU76jaJv4 (Dec. 18, 2025).

that you're doing business right, and if they think you're doing something wrong, they issue a corrective action. That's what the Securities and Exchange Commission is, it's supposed to issue a corrective action and give you time to fix it. They just never did.

- *Id.* at 10:00:

   o Interviewer: What was the factual basis for the obstruction charge?

   o Castillero: So they combined May into basically made May look like one long day, in May of 21. So in May 1st of 21, we let our counsel know that we were had some emails for some sales agents we just didn't want to have, and we we disposed of their emails and limited their- we uh removed their email access. So by May 20-something, they're asking, the SEC is asking for everybody's emails. Well it's a 20-25 day gap, right. Now, they made they portrayed May as a long day that they said okay, why don't you have these emails, and I'm like, because we let them go in early, on the first of the month. We let them go on the first of the month; you're asking for their information by the end of May, we didn't even know you were going to ask for anything about their information.

   So, everybody was made aware of anything across across the board and they just ran and twisted the truth. They showed the jury thousands of text messages, me and my wife's social media account, which, 2020, you know me and wife went down the rabbit hole, obviously being stuck home and whatever's going on and heavily posted about the election being stolen and all these other actions that led them to do that.

- Steel News with Ann Vandersteel on December 19, 2025, at 6:09[4]: Castillero: They convicted me of two counts of obstruction of justice, which are laughable because we voluntarily gave them information.

- *Id.* at 8:00: Castillero: We've always given them everything, right. So under the eyes of the SEC we're what's called an exempt reporting advisor, so let's say they just want to know that basically we're doing good business and and you know if we buy 100 shares of something, we only sell 100 shares of something. But we were being that partner had 35 years compliance experience with brokerage firms, she decided to give them 10 things. So being that she gave that and ultra compliant because we were doing business with a lot of boutique broker dealers that wanted our product, it became something that, in 2021, they they turned all our voluntary information into a case against us.

- *Id.* at 19:19:

   o Interviewer: What proof have you offered the SEC to prove that you weren't selling naked shares?

---

[4] Targeted by Agencies. Claims, Convictions, and Clemency: An Evidence-Based Review, Ann Vandersteel, https://www.youtube.com/watch?v=am1UeeoOnho&list=FLlFZ5mTVgJijAHdxAC-gtgA&index=2 (Dec. 19, 2025).

- o   Castillero: We have everything; they've always had everything. What happened is they tried to cause a shortage by not allowing us to pay stock at the end when they tried to take the company from us, and when they when we paid for stock, technically actually we paid about I think it was about $4 million contract that we paid for and then Brian my partner wanted to pay for another contract. They were trying to block us from paying that because they wanted to create that narrative. So again, the SEC should always issue corrective action if they find a mistake somewhere. They never did. They said that it was a four-year emergency shutdown. I don't know what emergency takes four years to come through. Right? And it's a change in administration, it's a change in administration emergency.

- Diamond and Silk, on February 10, 2026, at 32:25[5]: Castillero: At least once a year we were audited by them [the SEC] and everything was fine.

*Second*, Castillero has falsely claimed that StraightPath fully disclosed markups to investors, again contrary to his proffers, the trial evidence, and the jury's verdict. For example:

- The Truth with John Gordon at 1:48[6]: Castillero: In 2018, 2019, up until 2020 we accumulated 6 and a half million shares of Palantir, at around $8 was our average cost. Everything was disclosed to the customers. We were an exempt reporting adviser, that means obviously there's not trading, so we don't have to disclose trading registers and so on.

- Battlefront, on February 10, 2026, at 1:19:53[7]: Castillero: We had fine print, we had disclosures right, there was a markup on the shares. Everybody that was buying pre-IPO shares knows there's a markup. It's disclosed in our 140-page document like 7 times. It's like you're going skydiving and it's like if you don't wear a parachute you're going to die, if you don't wear a parachute you're going to die, if you don't wear a parachute you're going to die, you decide not to wear the parachute, and I didn't know I was supposed to wear the parachute. It's absurd the mountain they've created out of lies. It's unbelievable how AUSAs and government agencies can just lie to create something out of nothing. It's unbelievable.

- *Id.* at 1:37:45 Castillero: They brought them in to say that the markup was criminal. By the time we were done with the expert, that if we charged what the SEC want quote un quote said that we should have charged—y'know because they change their stance every three minutes—the customers would have probably would have taken a bigger financial hit than if they took our disclosed markup.

---

[5] https://rumble.com/v75l1v2-targeted-by-lawfare.html.

[6] https://www.youtube.com/watch?v=-SkU76jaJv4

[7]        https://rumble.com/v75jt42-late-night-return-and-the-fractures-are-appearing-in-your-country.html.

*Third*, Castillero has claimed that there were no victims of his crimes, ignoring the heart of the scheme for which he was convicted, namely, the undisclosed markups. For example:

- Truth with John Gordon at 4:15[8]: Castillero: Out of 2200 customers they brought in four [victim witnesses], that really did business with our fund because their friends or neighbors made so much money with us, but they were ticked off at the receiver after the company was taken from us.

- Diamond and Silk at 26:28[9]:
    - Interviewer: Who was the victim?
    - Castillero: Me? There's no victim. Me and my two business partners, I guess. There was no…

- Battlefront at 1:16:28[10]: Castillero: They [SDNY] know we did nothing wrong. They charged us on investment adviser fraud, wire fraud, conspiracy, obstruction of justice on voluntary information. And they're claiming there was customer losses, I'm telling your right now, we had over 2200 investors, not one customer complaint, not one customer loss during that time.

*Fourth*, Castillero has falsely claimed alternatively that there was no share shortfall (*contra* GX 1026-1030), that he lacked the evidence to challenge the share shortfall allegation, or that it did not matter. For example:

- Battlefront at 1:14:59[11]: Castillero: They took our voluntary submissions and built a case, and in May of 22 they took the company from us, basically at gunpoint, they declared us a ponzi-like scheme, I still don't know what that means. They said we had a $15 million shortage out of $410 million dollars raised, which, $14 million is a lot of money, but on the whole scope of everything is $400 on a $480 million business, is not a lot, but we were not short. I'll tell you to this day we were not short, but the books, everything was taken from us so we couldn't even prove it.

*Fifth*, Castillero has stated that he was targeted by the Securities and Exchange Commission and by this Office because of his political beliefs and affinity for President Trump. For example, from Cowboy Logic[12]:

---

[8] https://www.youtube.com/watch?v=-SkU76jaJv4

[9] https://rumble.com/v75l1v2-targeted-by-lawfare.html.

[10]    https://rumble.com/v75jt42-late-night-return-and-the-fractures-are-appearing-in-your-country.html.

[11]    https://rumble.com/v75jt42-late-night-return-and-the-fractures-are-appearing-in-your-country.html.

[12] https://rumble.com/v72ad8s-cowboy-logic-112925-michael-castillero.html.

- At 5:45:
  - Interviewer: To your investors, you made them a lot of money. But I think that obviously made you a target:
  - Castillero: Target, Republican donations, Trump-organization events, social media posts about election robbery and so on—… they saw every Biden's an idiot post, the election is stolen post between me and my wife. I mean, I mean you know COVID like most people opened our eyes and took us down the rabbit hole of us basically reposting and doing things of that sort that made them, made us a target.
  - Interviewer: And I'm sure I'm sure they used all that social media posts in your trial, am I correct?
  - Castillero: They did, absolutely. They cherry picked the ones that they wanted to use.
- At 8:38: Castillero: I worked so hard to build such a good business and for having political beliefs I feel like I've been punished to the point that I'm going to lose everything. I'm going to lose everything and then the government is still trying to take it away from me on top of it.
- At 16:11:
  - Interviewer: You were targeted because of your beliefs.
  - Castillero: Yes.
- At 18:29: Castillero: They did it to me just because of my beliefs. I believe the 2020 election was stolen. I've been very vocal of it. I moved to Florida. I wanted to be around people like myself, by frequenting Trump properties and so on. I even went to the announcement – I mean you can name it when he announced he was running again. They're doing it to me because of my beliefs. They're doing it daily.

Similarly, on Diamond and Silk[13]:

- At 14:33: Castillero: … Big Trump supporters, successful business owners, and some judge, somewhere in the country found a reason to try to take our business from us, just based on our beliefs. It's the blueprint.
- At 15:45: Castillero: In 2021, when the election was stolen, in 2020 to 21, they just changed all the rules, they just decided to come after us for absolutely no reason whatsoever, other than you pulled up my Instagram my wife's Instagram, we were having dinner at a Mar-a-Lago, or we were posting like those dumb memes, like Happy Fourth of July on Easter from Biden, and the, you know, Let's go Brandon [crosstalk].

---

[13] https://rumble.com/v75l1v2-targeted-by-lawfare.html.

On Battlefront[14]:

- At 1:17:55: Castillero: We were doing things by the book. For all of a sudden, because all three of us were Republican, and posting on social media about how Biden's an idiot, and all these - bunch of things, and that's why they took us, and that's why they came after us. Cause there's other funds like mine still operating, they just don't speak their beliefs, or they may even give money to the other side.

These statements are all false. Castillero's political beliefs have been at all times irrelevant to this prosecution. Castillero was investigated and prosecuted for defrauding his investors. Castillero admitted to defrauding investors in his proffers and a jury subsequently convicted him of doing so.

*Sixth*, and similarly, Castillero has stated that the "rules" governing the securities industry changed after the change in administration in 2021 such that Castillero's previously lawful conduct was suddenly deemed unlawful.

- Cowboy Logic at 4:27[15]: Castillero: And then 2021 comes around. And all of a sudden rules change. People are leaving—administration changes. And all of a sudden—us as an exempt reporting adviser, which means that we just basically had to report what we were doing, how the investments were being managed. But we were being ultra compliant just because one of my business partners was a compliance person and she wanted to be ultra compliant, above and beyond. So they decided on that, on voluntary information that we provided, to build a case to take the company from us, and two years later indict us criminally as well.

- *Id.* at 16:56: Castillero: All the charges are 25 years, just because he just chose to change the rules at the 1 yard line, basically. It's absurd.

Again, this is false. As the trial evidence showed, the rules that the defendants violated—the antifraud provisions of Title 15 and Title 18, and the rules governing charging and disclosing fees to investors, including markups—have been substantially the same for decades, and certainly since the defendant took his securities licensing exams.

*Seventh*, Castillero has stated that the Government threatened him with denaturalization during the process of his attempted cooperation. On Steel News, at 8:47:[16]

- Interviewer: Did you sign a proffer or a cooperation agreement?

---

[14]    https://rumble.com/v75jt42-late-night-return-and-the-fractures-are-appearing-in-your-country.html.

[15] https://rumble.com/v72ad8s-cowboy-logic-112925-michael-castillero.html

[16]    https://www.youtube.com/watch?v=am1UeeoOnho&list=FLlFZ5mTVgJijAHdxAC-gtgA&index=2.

- Castillero: Yes, when they threatened to uh, they threatened to uh, denaturalize me as an American citizen.

- Interviewer: Wow, was that agreement in writing?

- Castillero: Yeah but I refused to sign it at the end because they lied to me. The DOJ lied to me.

- Interviewer: All right, uh tell us about that lie, because I think that's really critical, and I'm going to bring Trennis in here in a second.

- Castillero: They brought me in. So so they threatened me to cooperate against my two business partners at the time. And I said, why? I didn't—We've done nothing wrong. And my lawyer at the time says, "Oh, Judge Furman can't wait to put you in jail." And I go, "What? What are you talking about?" And being that President Trump came in, we're using, we're looking to use um, we're looking to use some of those denaturalization laws. They know that you came here illegally and when you were 18 you became an American citizen and they're looking into denaturalizing you. And I was like, what? I've got a wife and two kids, you're looking to deport me now over this?

  So they brought me in. I did what I had to do. And they promised me something and they promised me that I'd be removed off the case and I'd be done and I could go live my life, which I what I wanted at that point. It'd been four years. And at the end, oh no no no, you've got to sign the forfeiture of everything that you own. Oh okay! I said you can tell them I'll see them in court. So they lied to me to try to get information out of me, which they didn't, which they couldn't.

Similarly, on Diamond and Silk, at 34:12[17]:

- Interviewer: I understand something happened that they wanted to denaturalize you.

- Castillero: … After the news of Judge Furman blocking the Mahmoud Khalil deportation, I get a phone call from my lawyer that the AUSAs want to denaturalize me under the same rules President Trump had. That they used the same rules that they used to block that deportation, that they're going to use the same rules to denaturalize me and deport me. And my lawyer said came, called me to tell me, that's what the Southern District of New York lawyers told her.

On April 30, 2026, Castillero also publicly posted on the social media platform X, replying to a post by U.S. Pardon Attorney Edward R. Martin, Jr.: "SDNY lying AUSA's Allison Nichols, Adam Hobson, Matt Shahabian they've threatened with denaturalisation, and have lied on and off the record multiple times and I have the receipts."[18]

---

[17] https://rumble.com/v75l1v2-targeted-by-lawfare.html.

[18] https://x.com/mikec0921/status/2049814580923126178.

This is false. At no point did any AUSA associated with this case threaten to denaturalize or deport the defendant. To the extent Castillero or his attorney was referring to the boilerplate language in the standard cooperation agreement the Office extended to Castillero on March 19, 2025, that language merely states the law on denaturalization applicable to *any* person,[19] and, indeed, the undersigned AUSAs were not personally aware of the defendant's immigration status or the circumstances of his naturalization at the time they extended that agreement.

*Eighth*, Castillero has claimed to have spent between $5 and $7 million on his criminal defense, despite having appointed counsel since December 2023. For example, on the Truth with John Gordon, at 14:49:[20]

- Interviewer: How much did you spend on your defense?

- Castillero: Millions of dollars. Probably $5 to $7 million.

*Ninth*, Castillero has falsely claimed that this Court has worked with the Government to unfairly prosecute the defendant by directing the jury to return a verdict against him, intimating this is either due to his political beliefs or, as part of a plan to steal his business, for which he

---

[19] That language reads:

The defendant recognizes that, if the defendant is not a citizen of the United States, the defendant's guilty plea and conviction make it very likely that the defendant's removal from the United States is presumptively mandatory and that, at a minimum, the defendant is at risk of being removed or suffering other adverse immigration consequences. If the defendant is a naturalized citizen of the United States, the defendant recognizes that pleading guilty may have consequences with respect to the defendant's immigration status. Under federal law, an individual may be subject to denaturalization and removal if the defendant's naturalization was procured by concealment of a material fact or by willful misrepresentation, or otherwise illegally procured. The defendant acknowledges that the defendant has discussed the possible immigration consequences (including removal or denaturalization) of the defendant's guilty plea and conviction with defense counsel. The defendant affirms that the defendant wants to plead guilty regardless of any immigration or denaturalization consequences that may result from the guilty plea and conviction, even if those consequences include denaturalization and/or removal from the United States. The defendant understands that denaturalization and other immigration consequences are typically the subject of a separate proceeding, and the defendant understands that no one, including the defendant's attorney or the District Court, can predict with certainty the effect of the defendant's conviction on the defendant's immigration or naturalization status. It is agreed that the defendant will have no right to withdraw the defendant's guilty plea based on any actual or perceived adverse immigration consequences (including removal or denaturalization) resulting from the guilty plea and conviction. It is further agreed that the defendant will not challenge the defendant's conviction or sentence on direct appeal, or through litigation under Title 28, United States Code, Section 2255 and/or Section 2241, on the basis of any actual or perceived adverse immigration consequences (including removal or denaturalization) resulting from the defendant's guilty plea and conviction.

[20] https://www.youtube.com/watch?v=-SkU76jaJv4.

accuses Judge Kaplan of complicity through a corrupt arrangement with the Receiver to loot StraightPath. For example:

- Cowboy Logic, at 14:26: Castillero: [The Government] is leaving with their tail between their legs, they're being proven liars … Jesse Furman was basically a fourth lawyer for the prosecution.[21]

- *Id.* at 21:30: Castillero: This is a money grab all the way across, I've said it from day one. They wanted to steal our business. And the Receiver, who is Judge Kaplan's friend, that's what I say all the time whether they are or they're not because Judge Kaplan—we gave him a list of three receivers to give the company to, including one that was connected to our accountant that had all our books, and the securities and exchange commission gave them a uh, gave them three receivers to give to, Judge Kaplan just said, "No, screw you, I'm going to appoint my own person." And you know, Bill Clinton, Clinton-appointed Judge Kaplan, the Receiver has made probably about $30, over $30 million dollars, I think, that's the number that we had. And they're pocketing the money. And we've had another 4 or 5 companies go public, some are up 4x from when the company went public from when the customers invested in, and they're causing customer losses, which is another thing that bothers me.

- The Truth with John Gordon, at 4:57[22]: Castillero: So at the end of all that, the judge, Judge Jesse Furman, who wouldn't uh, wouldn't uh, President Trump wanted to deport Mahmoud Khalil, the guy who was protesting Columbia University, one of the first ones, he's the one that blocked it. Once jury instructions came, basically, said, you know, you should look at, you should basically try them as an investment adviser, which we weren't.

- *Id.* at 13:46:
    - Castillero: The jury deliberated in four hours because Judge Furman basically told them to deliberate a certain way.
    - Interviewer: So you had to oppose the prosecutor and the judge it sounds like.
    - Castillero: Absolutely. Think about 20, out of the 25 judges in the Southern District of New York, 20 are Democrat. 80% of the draw in that District is Democrat. And I'm dealing with Judge Kaplan in the civil case who is a Clinton-appointed judge, and then you have Furman who is an Obama-appointed judge.
    - Interviewer: So what did the jury say?
    - Castillero:  The jury? They jury deliberated in four hours and we were guilty on all counts because he told them---mid mid through the deliberation they asked can you define again what the Investment Adviser Act is, and then two hours later they basically came in and said we were guilty on all charges because they were instructed to charge us a certain way.

---

[21] https://rumble.com/v72ad8s-cowboy-logic-112925-michael-castillero.html.

[22] https://www.youtube.com/watch?v=-SkU76jaJv4

- Steel News, at 6:28[23]:
  - o Interviewer: Was this a jury verdict or was it a plea?
  - o Castillero: It was a jury verdict that Judge Jesse Furman changed at the last second, he changed the … when the charging instructions came through, he basically threw a wrench at the last second, try them as investment advisors, which we clearly weren't, we are a PreIPO fund and an exempt reporting adviser. And he basically threw that wrench right in there, and once you tell them to charge as investment advisers, obviously they're going to with that route. It took them like four hours to come with that, you know, the judge was basically a fourth lawyer for the prosecution.
- Diamond and Silk[24]:
  - o At 17:16: Castillero: By late 2021, they were just, they were making up a whole slew of lies against us, by May of 22 they took the company from us, calling us a Ponzi-like scheme. Right, now you're either a Ponzi scheme or you're not. To this day the company is still operating, on who? Judge Lewis Kaplan, who we both know President Trump has had a lot of problems with, took the company and gave it to a receiver, which I call his friend, the company has generated $20-30 million in revenue.
  - o At 24:42: Castillero: Our judge on that case was Judge Jesse Furman, which I think President Trump had a problem with him when he was trying to do the first round of deportations, when he first came into office this time, this go around. And uh, right at the end, our purpose of the whole trial was to defuse that we were investment advisers and we did, and at the end, he goes, just charge them as investment advisers, tells the jury that. So what happens, they go in the room, they're out in two hours, or three hours, or four hours, and that's it, like, it's unbelievable. The judge is just basically helping out the prosecutors.
  - o At 47:10:
    - ▪ Castillero: It's not being distributed [by the Receiver], it's being kept, it's being kept to cover fees.
    - ▪ Interviewer: And it's the fees that they're charging themselves?
    - ▪ Castillero: Yes. Fees that we would have, fees that we would have made on making, if we would have made, our money would have made predicated on the customer's return. They just charging fees, because they all gotta take care of themselves.

---

[23]        https://www.youtube.com/watch?v=am1UeeoOnho&list=FLlFZ5mTVgJijAHdxAC-gtgA&index=.

[24] https://rumble.com/v75l1v2-targeted-by-lawfare.html.

- Battlefront, at 1:38:40[25]: Castillero: The judge is just there to, he's like John Stockton for the AUSAs, he's just throwing them layups all day long. When it comes to the jury instructions, four of the charges are investment adviser charges. We crushed those charges. The judge basically goes like this like, eh you know what forget what you heard, basically, forget what you heard, charge them as investment advisers. So two weeks, two and a half weeks, [unintelligible].

*Tenth*, Castillero has falsely asserted that the Government has lied and acted with improper motives in this investigation and prosecution:

- Truth with John Gordon, at 12:56[26]: Castillero: On top of it, they were already launching a sham investigation into us so I'm sure they found a way to shove a square peg into a round hole, they're going to keep finding a way to do it.

- *Id.* at 16:06: Castillero: I can tell you firsthand, they found, they worked so hard to create their own, to build a story to make up their own truth, out of even facts that they had fabricated.

- People's Tribute Council Alert: Michael Castillero, December 31, 2025 at 2:10[27]: Castillero: They took voluntary information to build basically a case against us to take the company from us and then after that they followed up to build a criminal case because we were getting testy with them.

- Diamond and Silk, at 22:45[28]: Castillero: We kind of got wind that they [the SEC] were communicating with the Department of Justice, the Southern District of New York, to criminally, our lawyers want that information, they say, you ask for that information again we're going to charge you, and my lawyers are like, for what? So I think one of my lawyers pried a little bit too much, kept poking the bear … Thursday after Thanksgiving at 11 o'clock at night I get a phone call that I have to be in New York because I was being indicted on investment adviser fraud, securities fraud, and all these things that they made up out of nowhere… They just create so much crap to make things up.

*Eleventh*, in Martinsen's one appearance with Castillero on The Case for America on December 6, 2025,[29] Martinsen falsely claimed that investors were losing money because of the Receiver's actions that StraightPath would not have caused them losses, giving the examples of Airbnb and Rubrik, at 7:38:

---

[25]     https://rumble.com/v75jt42-late-night-return-and-the-fractures-are-appearing-in-your-country.html.

[26] https://www.youtube.com/watch?v=-SkU76jaJv4.

[27] https://www.youtube.com/watch?v=3aQi64Jl9B8.

[28] https://rumble.com/v75l1v2-targeted-by-lawfare.html.

[29] The Case For America, RealAmericasVoice, https://rumble.com/v72or6u-the-case-for-america.html (Dec. 6, 2025).

- Martinsen: I can give you a clear example on two companies, one that we handled and one that the Receivership handled and how it played out. AirBnb was a company that we had in the Fund that we had investors in, the investors made about 100% on their money. The fund received 20% back end fee on the profit. So on 100% gain, the client if he put in $100,000, made back $180,000 because we got $20 of the $100 on the profit.
  Another company that became public after the Receiver took over was Rubrik. Rubrik the average cost to our customers was around $33 per share. The Receivership sold the stock after the IPO at 70, so let's call that roughly 100% profit. From the clients that I've heard from, they didn't receive even half of their original investment back. So with us, if a client put in $180,000, I mean $100,000, they would have received back roughly $180,000. With the Receiver, it appears that they received back between a third and half of their original investment. So if you put in $100,000, they only received back roughly $30/$40,000. As opposed to if we were running the company it would have been roughly $180,000.

Of course, Martinsen's explanation is essentially the fraud repeated. Martinsen omits that he and his co-defendants hid massive markups from Airbnb investors that siphoned large amounts of money from the investors' investment in Airbnb to StraightPath—and to Martinsen's pockets. (GX 1001). Moreover, Martinsen's explanation of the Rubrik examples again omits the 32% average undisclosed markup he and his co-defendants charged investors, as well as the Receiver's attempt to unwind the Funds by accounting for share shortfalls in Rubrik, poor recordkeeping, and unfairly distributed markups. (*See* GX 1030, 1036).

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By:   /s/ _____
       Allison Nichols
       Adam S. Hobson
       Matthew R. Shahabian
       Assistant United States Attorneys
       Southern District of New York
       (212) 637- 2366 / 2484 / 1046

Cc: Counsel of record (by ECF)

Enclosures