# Exhibit A

Selected screenshots from and hyperlinks to Michael Castillero's Public Instagram Account https://www.instagram.com/mikeyc21/

# March 10, 2026

https://www.instagram.com/p/DVZ-DW0DsXp/



# March 10, 2026

https://www.instagram.com/p/DVZ-DW0DsXp/



# March 13, 2026

https://www.instagram.com/p/DV1DQOfDngQ/



# March 17, 2026

https://www.instagram.com/p/DV_BR5YDtsa/



# March 30, 2026

https://www.instagram.com/p/DWhqX-rkgWR/



# April 13, 2026

https://www.instagram.com/p/DXFwlWgEqR4/



# April 30, 2026

https://www.instagram.com/p/DXw5fPOSoWd/



# May 11, 2026

https://www.instagram.com/p/DYLwVoMSoIX/

