UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v.-                                Case No. 23-cr-622 (JMF)

MICHAEL CASTILLERO,              **ORDER**

                Defendant.

-----------------------------------------------------------X

    **THIS MATTER** having been opened to the Court upon the application of

Daniel A. McGuinness, counsel appointed for MICHAEL CASTILLERO, who,

having been found to be indigent pursuant to the Criminal Justice Act, requires for

the purposes of sentencing on May 20th, 2026 at 10:00am to be transported from

Palm City, Florida to the Southern District of New York, pursuant to 18 U.S.C. §

4285, and upon a finding of indigence and in the interests of justice;

    **IT IS** on this   14 th day of May 2026

    **ORDERED**, that the U.S. Marshal shall arrange noncustodial transport, via

commercial economy-class, one-way ticket, for MICHAEL CASTILLERO, to fly from

Palm City, Florida to New York, New York on May 19th, 2026.

Dated: May _14_, 2026                SO ORDERED:
       New York, NY

                                _____
                                HONORABLE JESSE M. FURMAN
                                United States District Judge