UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

   -v.-

MICHAEL CASTILLERO,

                    Defendant.

-----------------------------------------------------------X

Case No. 23-cr-622 (JMF)

**ORDER**

**THIS MATTER** having been opened to the Court upon the application of Daniel A. McGuinness, counsel appointed for MICHAEL CASTILLERO, who, having been found to be indigent pursuant to the Criminal Justice Act, requires for the purposes of his sentencing and meetings with his attorneys on May 20, 2026 to be transported from the Southern District of New York to his home in Palm City, pursuant to 18 U.S.C. 3006A(e)(1), and upon a finding of indigence and in the interests of justice;

**IT IS** on this 14th day of May 2026

**ORDERED**, that the Daniel A. McGuinness shall be authorized to utilize CJA funds to book via National Travel a commercial economy-class, one-way ticket, for MICHAEL CASTILLERO, to fly from to New York, New York to Palm City, Florida on May 20, 2026; and any reasonable cost of ground transportation for MICHAEL CASTILLERO from the courthouse to the departing New York City airport on May 20, 2026 and from the arriving Palm Beach International Airport to his home.

Dated: May _14_, 2026
     New York, NY

SO ORDERED:

_____
HONORABLE JESSE M. FURMAN
United States District Judge