UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                 :

UNITED STATES OF AMERICA          :

                                :          23-CR-622-1 (JMF)

        -v-                  :

                                :          <u>ORDER</u>

MICHAEL CASTILLERO          :

                                :

                 Defendant.     :

                                :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Nikki Castillero, proceeding without counsel, has filed a Petition for Ancillary Hearing to Adjudicate Validity of Third-Party Interest in Forfeited Property as to Michael Castillero. *See* ECF No. 276. The Government shall respond — at a minimum, by proposing how the Court should handle the Petition — no later than **June 30, 2026**.

      SO ORDERED.

Dated: June 23, 2026
      New York, New York                  _____

                                              JESSE M. FURMAN
                                   United States District Judge