UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| -v- | : | 23-CR-622-1 (JMF) |
| MICHAEL CASTILLERO, | : | ORDER |
| Defendant. | : | |

JESSE M. FURMAN, United States District Judge:

The Court is in receipt of the attached letter, dated July 1, 2026, from the Government, requesting the Court's views on Defendant Michael Castillero's pardon application. The Court expressed its views — with respect to, among other things, the nature of Mr. Castillero's criminal conduct, the strength of the evidence against him, and the accuracy of the representations he has made in his media appearances seeking a pardon — on the record during the sentencing proceeding held on May 20, 2026, and will not express any views beyond that. The Government is directed to share a copy of both this Order and the sentencing transcript with the Office of the Pardon Attorney of the United States Department of Justice.

The Court is inclined to believe that Mr. Castillero's pardon application (including attachments) — which was submitted to the Court with the Government's letter requesting the Court's views — qualifies as a "judicial document" subject to the presumption in favor of public access and should therefore be docketed, albeit with redactions of any private information (including, for example, information concerning third parties, Mr. Castillero's Social Security Number, and the like). *See, e.g.*, *Fed. Trade Comm'n v. PepsiCo, Inc.*, No. 25-CV-664 (JMF), 2025 WL 3484835, at *2 (S.D.N.Y. Dec. 4, 2025) (citing cases). If any party disagrees, it shall file a letter brief addressing the issue no later than **July 14, 2026**. Absent such a submission, Mr. Castillero is ORDERED, in accordance with the procedures set forth in the Court's Individual Rules and Practices, to file a copy of the pardon application submitted to the Court with his proposed redactions no later than **July 16, 2026**.

SO ORDERED.

Dated: July 7, 2026
New York, New York

JESSE M. FURMAN
United States District Judge

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

July 1, 2026

**BY EMAIL**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Castillero, et al.*, 23 Cr. 622 (JMF)**

Dear Judge Furman:

As the Court is aware, on November 4, 2025, following a jury trial, Michael Castillero was found guilty of securities fraud, wire fraud, investment adviser fraud, obstruction, and conspiracy charges. On May 20, 2026, the Court sentenced him to a total of 11 years' imprisonment and ordered restitution in the total amount of $115,000,000 and forfeiture of money and property the defendant obtained that was traceable to the offenses of conviction. The Court ordered the defendant to surrender to the custody of the Bureau of Prisons on September 10, 2026.

By petition dated January 2, 2026, the defendant applied to the Office of the Pardon Attorney of the United States Department of Justice for a pardon. This Office received a copy of the defendant's pardon application last week.

The Pardon Attorney would appreciate any comments the Court may wish to provide regarding the defendant's application. In order to assist the Court, we have enclosed a copy of the defendant's pardon application and related documents. The Court may send comments directly to the Pardon Attorney by e-mail at USPardon.Attorney@usdoj.gov or may send those comments to this Office, and we will forward them to the Pardon Attorney.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: ______________________________
Allison Nichols
Matthew Shahabian
Assistant United States Attorneys
(212) 637-2366 / 1046

Enclosure