UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

MICHAEL CASTILLERO,

Defendant.

---------------------------------------------------------------------X

23-CR-622-1 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On July 16, 2026, the Clerk of Court docketed a submission from Defendant Michael Castillero titled "COVER LETTER & CONSTITUTIONAL NOTICE." *See* ECF No. 293. The submission does not appear to seek any relief from this Court. Moreover, Defendant is represented by counsel in this matter. Accordingly, the Court will not consider the submission. *See* Local Criminal Rule 49.2(a), (b)(2).

SO ORDERED.

Dated: July 17, 2026
New York, New York

JESSE M. FURMAN
United States District Judge