UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

UNITED STATES OF AMERICA

-v-

MICHAEL CASTILLERO et al.,

Defendants.

---------------------------------------------------------------------- X

23-CR-622 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Due to the press of other business, the Court has not yet been able to address Defendants' motions for bond pending appeal. *See* ECF Nos. 281, 285, 286. As that may continue to be the case for a few weeks, the Court *sua sponte* extends Defendants' deadlines to surrender for service of their sentences to **October 29, 2026**.

SO ORDERED.

Dated: August 21, 2026
New York, New York

JESSE M. FURMAN
United States District Judge